IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

J.B. HUNT TRANSPORT, INC.                                                              PLAINTIFF

vs.                                    Case No. 5:23-cv-05094-TLB

AVTEX SOLUTIONS, LLC; TTEC DIGITAL,
LLC, and TTEC HOLDINGS, INC.                                                        DEFENDANTS

## ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT

Defendants Avtex Solutions, LLC, TTEC Digital, LLC, and TTEC Holdings, Inc. (collectively and individually, "TTEC Defendants"), for their answer to plaintiff J.B. Hunt Transport, Inc.'s first amended complaint (ECF Doc. 12), state:

1. TTEC Defendants deny each and every allegation contained in plaintiff J.B. Hunt Transport, Inc.'s first amended complaint ("FA Complaint"), except for those allegations, statements, and assertions specifically admitted herein. TTEC Defendants admit upon information and belief Paragraph 1 of the FA Complaint.

2. TTEC Defendants admit Avtex Solutions, LLC was a limited liability company organized and existing under Minnesota law; TTEC Defendants deny the remainder of Paragraph 2 of the FA Complaint.

3. TTEC Defendants admit Paragraph 3 of the FA Complaint.

4. TTEC Defendants admit Paragraph 4 of the FA Complaint.

5. TTEC Defendants admit TTEC Digital, LLC is a wholly-owned subsidiary of TTEC Holdings, Inc., and that, on December 31, 2022, Avtex Solutions, LLC merged with and into TTEC Digital, LLC, such that Avtex Solutions, LLC no longer exists and TTEC Digital, LLC

1

is the successor entity of Avtex Solutions, LLC. TTEC Defendants deny the remainder of Paragraph 5 of the FA Complaint as alleged.

6. TTEC Defendants deny Paragraph 6 of the FA Complaint as alleged, but admit this Court, the United States District Court, Western District of Arkansas, Fayetteville Division, has jurisdiction over the parties, including TTEC Digital, LLC and TTEC Holdings, Inc.

7. TTEC Defendants deny Paragraph 7 of the FA Complaint, but admit that this Court, the United States District Court, Western District of Arkansas, Fayetteville Division, has jurisdiction over the parties and subject matter of this case, and that venue is proper in this Court.

8. TTEC Defendants admit Paragraph 8 of the FA Complaint.

9. TTEC Defendants admit that Avtex Solutions, LLC, was Microsoft Gold Certified at all times relevant to this matter, and that TTEC Defendants take the privacy of users and the security of their personal information seriously. TTEC Defendants deny the remainder of Paragraph 9 of the FA Complaint.

10. TTEC Defendants admit that in June 2019 plaintiff J.B. Hunt Transport, Inc., and Avtex Solutions, LLC entered into a written contract, the terms of which speak for themselves. TTEC Defendants deny the remainder of Paragraph 10 of the FA Complaint as alleged.

11. TTEC Defendants admit that in June 2019 plaintiff J.B. Hunt Transport, Inc., and Avtex Solutions, LLC entered into a written contract, the terms of which speak for themselves. TTEC Defendants deny the remainder of Paragraph 11 of the FA Complaint as alleged.

12. TTEC Defendants admit that in June 2019 plaintiff J.B. Hunt Transport, Inc., and Avtex Solutions, LLC entered into a written contract, the terms of which speak for themselves. TTEC Defendants deny the remainder of Paragraph 12 of the FA Complaint as alleged.

13. TTEC Defendants deny Paragraph 13 of the FA Complaint.

14. TTEC Defendants deny Paragraph 14 of the FA Complaint.

15. TTEC Defendants have insufficient information to admit or deny Paragraph 15 of the FA Complaint, and until further investigation and discovery is completed, Paragraph 15 is denied.

16. TTEC Defendants admit that in June 2019 plaintiff J.B. Hunt Transport, Inc., and Avtex Solutions, LLC entered into a written contract, the terms of which speak for themselves. TTEC Defendants deny the remainder of Paragraph 16 of the FA Complaint as alleged.

17. TTEC Defendants admit plaintiff J.B. Hunt Transport, Inc., has sought costs and expenses from Avtex Solutions, LLC, but deny the remainder of Paragraph 17 of the FA Complaint.

18. TTEC Defendants deny Paragraph 18 of the FA Complaint.

19. TTEC Defendants deny Paragraph 19 of the FA Complaint.

20. TTEC Defendants deny Paragraph 20 of the FA Complaint.

21. Paragraph 21 of the FA Complaint does not contain factual allegations to which a response from TTEC Defendants is required. TTEC Defendants also request a trial by jury.

22. TTEC Defendants deny that plaintiff J.B. Hunt Transport, Inc., is entitled to any relief sought in the *ad damnum* ("WHEREFORE") clause of the FA Complaint.

## AFFIRMATIVE DEFENSES

1. Pleading further and in the affirmative, if any damages were sustained by plaintiff J.B. Hunt Transport, Inc., they were caused by the fault or negligence of plaintiff J.B. Hunt Transport, Inc., or some other person or entity over whom or which TTEC Defendants had no control.

2.      Pleading further and in the affirmative, TTEC Defendants assert the defenses of waiver, estoppel, plaintiff J.B. Hunt Transport, Inc.'s prior material breach, unclean hands, merger, contributory negligence, comparative fault, unjust enrichment, and equitable estoppel.

3.      Pleading further and in the affirmative, TTEC Defendants assert all defenses authorized by the United States Code Annotated and common law to the cause of action pled in the FA Complaint.

WHEREFORE, Avtex Solutions, LLC, TTEC Digital, LLC, and TTEC Holdings, Inc., pray that this Court enter judgment in its favor, dismiss plaintiff J.B. Hunt Transport, Inc.'s First Amended Complaint with prejudice, and award Avtex Solutions, LLC, TTEC Digital, LLC, and TTEC Holdings, Inc., all other proper relief, including but not limited to reasonable attorneys' fees and costs.

Brandon B. Cate
Ark. Bar No. 2001203
Meredith M. Causey
Ark. Bar No. 2012265
Vincent O. Chadick
Ark. Bar No. 94075
Andrew S. Dixon
Ark. Bar No. 2019193
*Attorneys for Defendants*
QUATTLEBAUM, GROOMS & TULL PLLC
4100 Corporate Center Drive, Suite 310
Springdale, Arkansas 72762
Telephone: (479) 444-5200
Facsimile:  (479) 444-6647
E-Mail: bcate@qgtlaw.com
E-Mail: mcasuey@qgtlaw.com
E-Mail: vchadick@qgtlaw.com
E-Mail: adixon@qgtlaw.com