IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

J.B. HUNT TRANSPORT, INC.                                                                                     PLAINTIFF

vs.                                              Case No. 5:23-cv-05094-TLB

TTEC DIGITAL, LLC and TTEC HOLDINGS, INC.                                              DEFENDANTS

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff J.B. Hunt Transport, Inc. ("Hunt") sues TTEC Digital, LLC, who is the successor in interest to former defendant Avtex Solutions, LLC, and sues TTEC Holdings, Inc. (collectively, "TTEC"), for two counts of breach of contract. TTEC now moves for summary judgment pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1 and, in support, states:

1. Following removal to this Court, Hunt filed a First Amended Complaint against TTEC asserting claims for alleged breach of contract. Am. Compl., ECF 12.

2. The materials supporting this motion demonstrate that there is no genuine issue of material fact and TTEC is entitled to judgment as a matter of law pursuant to Federal Rule of Civil Procedure 56.

3. The first breach-of-contract claim fails because there is no evidence that TTEC breached the Contract and there is no evidence that any Personal Identifiable Information ("PPI") was hacked. Further, this claim fails for the additional reason that Hunt's damages claim fails Arkansas's tacit agreement rule.

4. The second breach-of-contract claim fails because the contract's indemnification provision did not as a matter of law impose an obligation on TTEC to indemnify Hunt for Hunt's own conduct.

1

5. TTEC supports this motion with a Local Rule 56.1(a) statement of undisputed material facts and a memorandum brief, both of which are filed concurrently herewith and incorporated herein.

6. TTEC further supports this motion with the attached exhibits, all of which are incorporated herein:

   a. Exhibit 1: Declaration of Tommy Hu;

   b. Exhibit 2: Master Service Agreement;

   c. Exhibit 3: Statement of Work;

   d. Exhibit 4: Excerpts of Memorandum of Law in Support of Defendant J.B. Hunt Transport, Inc.'s Motion to Dismiss or to Strike Class Allegations, *Wilson et al. v. Hunt*, Case No. 5:21-CV-5194, ECF 45 (W.D. Ark. Mar. 31, 2022);

   e. Exhibit 5: Hunt Letter, Filed in *Wilson et al. v. Hunt*, Case No. 5:21-CV-5194, ECF 32-1 (W.D. Ark. Mar. 1, 2022);

   f. Exhibit 6: Excerpts of Parties' Joint Rule 26(f) Planning Report, *Wilson et al. v. Hunt*, Case No. 5:21-CV-5194, ECF 57 (W.D. Ark. June 24, 2022);

   g. Exhibit 7: Memorandum Opinion and Order, *Wilson et al. v. Hunt*, Case No. 5:21-CV-5194, ECF 63 (W.D. Ark. Oct. 6, 2022);

   h. Exhibit 8: Hunt's Responses to Defendants' Requests for Admission; and

   i. Exhibit 9: Excerpts of Hunt's Responses to Defendants' Interrogatories and Requests for Production.

WHEREFORE, defendants TTEC Digital, LLC, and TTEC Holdings, Inc., respectfully pray that their motion for summary judgment be granted, that plaintiff's first amended complaint be dismissed with prejudice, for their attorneys' fees and costs, and for all other relief to which they may be justly entitled.

/s/ Brandon B. Cate
Vincent O. Chadick
Ark. Bar No. 94075
Brandon B. Cate
Ark. Bar No. 2001203
Meredith M. Causey
Ark. Bar No. 2012265
Andrew S. Dixon
Ark. Bar No. 2019193
Attorneys for Defendants
QUATTLEBAUM, GROOMS & TULL PLLC
4100 Corporate Center Drive, Suite 310
Springdale, Arkansas 72762
Telephone: (479) 444-5200
Facsimile: (479) 444-6647
E-Mail: vchadick@qgtlaw.com
E-Mail: bcate@qgtlaw.com
E-Mail: mcausey@qgtlaw.com
E-Mail: adixon@qgtlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of April, 2024, I filed a copy of the foregoing with the Clerk of the Court using the ECF electronic filing system, which shall send notification of such filing to the following counsel of record for plaintiff:

**Jason H. Wales, Esq.**
at jason@wm-lawyers.com; tracy@wm-lawyers.com

/s/ Brandon B. Cate

3