## DECLARATION OF TOMMY HU

Pursuant to 28 U.S.C. § 1746, I, Tommy Hu, declare as follows:

1. I am a Principal Architect for TTEC Digital, LLC ("TTEC"), who has been sued by J.B. Hunt Transport, Inc. ("Hunt").

2. In my position, I have knowledge of TTEC's dealings with Hunt. I give this declaration based on my own personal knowledge.

3. Founded in 1982, TTEC has over 40 years of experience providing business process outsourcing, technology, consulting, and analytics services to deliver, among other things, technical computer support.

4. During TTEC's work with Hunt, TTEC was a Microsoft gold-certified managed partner who could install Microsoft products.

5. TTEC's work with Hunt involved Microsoft Dynamics 365 ("D365"). D365 is a suite of applications that allows businesses to, among other things, monitor their supply chains, coordinate among teams, and connect directly with customers. D365 is a Microsoft "out of the box" system that can be installed by gold-certified managed partners such as TTEC.

6. TTEC's work with Hunt involved multiple matters, including creating and installing a D365-based driver recruiting system, *i.e.*, a "Portal." The Portal is an application that uses the D365 framework to receive and store job applications to Hunt, which can include an applicant's personal information.

7. TTEC's specific work regarding implementation of the Portal for Hunt was done consistently with all Microsoft standard practices with all Microsoft default settings in place.

8. The Portal went live in 2020. TTEC continued to test, troubleshoot, and fine-tune the Portal through February 2021. As of February 2021, TTEC's work was done, and Hunt



EXHIBIT 1

discontinued the relationship with TTEC. Afterwards, Hunt did not report any problems with the Portal within 60 days following Hunt's acceptance of TTEC's work.

9. The problem with the Microsoft Power Apps as identified by UpGuard – and it was a problem with the Microsoft-created program and not with TTEC's implementation of it – was not detectible by TTEC given the scope of the services to be performed by TTEC for Hunt.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of April, 2024.

/s/ Tommy Hu
Tommy Hu