DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

avtex >



J.B. Hunt Dynamics 365 for Recruiting

   

# Statement of Work

Date Submitted:  July 8, 2019

Version #:  1.4

*Prepared for*

**Jennifer Ford**
**J.B. Hunt Transport, Inc.**
615 J.B. Hunt Corporate Drive
Lowell, AR 72745
jennifer.ford@jbhunt.com

*Submitted by*

**Chris Wilson**
Client Executive
512.508.3713
cwilson@Nusoftsolutions.com

*Solution Consultant*

**Rick Chamberlain**
Principal Consultant
248.594.1500
rchamberlain@Nusoftsolutions.com

Marketing | Sales | Service | Technology

*Avtex - 6001 N. Adams Road, Suite 285 - Bloomfield Hills, Michigan 48304-1547*
*248.594.1500 - www.avtex.com*



**EXHIBIT**

3

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

# TABLE OF CONTENTS

Version Control ................................................................................................................................ 4

1    Introduction ........................................................................................................................... 5

1.1    Executive Summary ...................................................................................................... 5

1.2    Purpose and Key Business Issues ................................................................................. 5

1.3    Key Success Factors and Desired Business Outcomes .................................................. 6

1.4    D365 for Driver Recruiting Minimum Viable Product (MVP) ......................................... 7

1.5    Project Methodology Approach ................................................................................... 8

1.6    Development, Deployment and Review Approach ....................................................... 12

1.7    Assumptions ............................................................................................................... 14

2    Project Scope of Work & Services ......................................................................................... 18

2.1    In Scope ...................................................................................................................... 18

2.2    Out of Scope ............................................................................................................... 21

2.3    Deliverables ............................................................................................................... 22

2.4    Schedule ..................................................................................................................... 22

2.5    Roles and Responsibilities .......................................................................................... 23

3    Management Procedures ...................................................................................................... 24

3.1    Acceptance of Milestones/Deliverables ...................................................................... 24

3.2    Project Completion Criteria ........................................................................................ 24

3.3    Change Control Process .............................................................................................. 24

3.4    Dispute Resolution Process ......................................................................................... 24

3.5    Project Planning, Tracking and Reporting ................................................................... 24

3.6    Meetings ..................................................................................................................... 24

3.7    Hours of Operation ..................................................................................................... 25

4    Facilities/Tools/Equipment Requirements ............................................................................ 26

4.1    Location ...................................................................................................................... 26

4.2    Infrastructure Requirements ....................................................................................... 26

4.2.1    System / Network Access ......................................................................................... 26

4.2.2    Equipment ............................................................................................................... 26

5    Pricing .................................................................................................................................. 27

5.1    Investment .................................................................................................................. 27

5.1.1    Estimated Professional Services ............................................................................... 27

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

5.1.2   Products ...................................................................................................................... 28

5.2   Pricing Terms ............................................................................................................... 28

5.3   Payment ......................................................................................................................... 28

5.4   Travel Expense ............................................................................................................. 28

5.5   Invoicing ........................................................................................................................ 28

6   Miscellaneous ........................................................................................................................ 29

6.1   Term and Termination ................................................................................................ 29

7   SOW Acceptance ................................................................................................................... 30

8   Glossary of Terms ................................................................................................................. 31

9   Appendix A – Must Have Requirements Summary ....................................................... 32

10   Appendix B - SATISFIER-DELIGHTER Summary ............................................................ 49

11   APPENDIX C - 3rd Party Application and Tools to be Used ...................................... 61

12   Appendix D - J.B. Hunt Transport, Inc. Travel Expense Policy for Suppliers ...................... 62

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## Version Control

| Date | Author | Version | Change Reference |
|------|--------|---------|------------------|
| 5/9/19 | Chamberlain/Cote | 0.1 | Initial layout and service structures |
| 5/10/19 | Chamberlain/Cote | 0.2 | Additional details based on further discovery findings |
| 5/10/19 | Chamberlain/Cote | 0.3 | Phasing and scope revisions |
| 5/14/19 | Chamberlain/Cote | 0.9 | Final Draft - Internal review and approval |
| 5/15/19 | Chamberlain/Cote | 1.0 | Draft delivered to JBHT for review |
| 5/15/19 | Chamberlain/Cote | 1.1 | Draft delivered to JBHT following review meeting on 5/15 |
| 5/24/19 | Chamberlain, Cote, Lockwood | 1.2 | Added Project methodology narrative, Agile process narrative, context on 89 requirements provided by JBHT |
| 5/28/19 | Wilson | 1.2 | Added Estimated Cost by Position, Changed references from NuSoft to Avtex |
| 7/8/2019 | Wilson | 1.4 | Rate Revision |

**Client Review**

| Date | Name | Version Approved |
|------|------|------------------|
|  |  |  |
|  |  |  |
|  |  |  |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

# 1   Introduction

## 1.1   Executive Summary

In March 2019, Microsoft engaged Avtex Solutions LLC ("Avtex") to design and implement a Microsoft Dynamics 365 based driver recruiting system for J.B. Hunt Transport, Inc. ("JBHT") that would replace JBHT's Commercial Driver Recruiting and Application  (CDRAP) system as well as JBHT's Salesforce implementation for Lead Management.

The JBHT team provided requirements developed internally to outline "must haves" for the initial phase of the implementation as well as desired enhancements to be delivered at appropriate phases. Additionally, Avtex participated in a two-day discovery session that led to a joint presentation by Microsoft and Avtex to showcase the "art of the possible" in deploying Microsoft Dynamics 365 as the replacement platform for CDRAP and Salesforce for the Driver Recruiting process.

After initial analysis of JBHT requirements and the subsequent conversations with stakeholders following the demonstration on April 17, 2019, the parties have agreed to this Statement of Work (SOW) to define the investment, timing and deliverables associated with the Microsoft Dynamics 365 deployment for Driver Recruiting.

## 1.2   Purpose and Key Business Issues

The purpose of this Statement of Work (SOW) is to define the implementation project for the Microsoft Dynamics 365 based next generation driver recruiting system, while providing an estimated cost, timeline, assumptions and responsibilities for the delivery of the driver recruiting system.

Based on requirements documentation provided by JBHT and meetings to discuss JBHT needs, the system must address the following key business issues:

- Replace the aging CDRAP application no later than March 31, 2020.
- Replace the Salesforce Lead Management System no later than March 31, 2020.
- Replace the portals to be used by Driver Candidates, Transfers, and Third-Party Recruiters.
- Replace ancillary Microsoft Access databases that address Recruiter Commissions, Driver Referrals and Driver Transfers.
- Provide a more efficient user interface to facilitate improved recruiter call handling efficiency.
- Deliver a Single System for JBHT users that contains trustworthy, relevant, timely and accurate information about driver recruits and the "lead to hire" life cycle.
- Establish a foundation to support future development in Artificial Intelligence (AI).

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

- Deliver a platform which will provide current and future value to JBHT as their business processes and integration requirements evolve.
- Mitigate the risk of storing sensitive candidate information such as Personally Identifiable Information (PII) in personal email accounts.
- Improve information flow across roles within JBHT to reduce or eliminate duplication of effort and improve accuracy and integrity of candidate data.

The work, timelines, resources and investment defined in this SOW address stages 1 through 5 in Section 1.5 below for the Driver Recruiting Dynamics 365 Implementation project.  Subsequent work phases will be addressed in one or more additional SOWs, as needed.

## 1.3   Key Success Factors and Desired Business Outcomes

The key success factors for this project are:

1. Use technology, data, process and best practices to improve recruiter and driver advocate efficiency.
2. Deliver the application via mobile apps and offline access to critical information.
3. Complete Minimum Viable Product (MVP) deployment no later than March 31, 2020.
4. Maintain business continuity throughout project and go-live.

©2019 – Avtex – Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## 1.4   D365 for Driver Recruiting Minimum Viable Product (MVP)

The following diagram describes the functional areas included in MVP for D365 for driver recruiting. All categories below will be delivered by Avtex, except for those items specifically called out as JBHT responsibilities.

**Dynamics 365 for Customer Engagement**
- Lead / Pipeline Management
- Job Management
- Benefits / Perks Management
- CDP Structure / Compensation

**Applicant Portal**
- Application process
- Auto qualification
- Clear hiring requirements

**Recruiter Service Desk**
- Simplified Unified Interface
- CTI Integration

**3rd Party Recruiter Portal**
- Applicant Management
- Compensation Management

**Dashboards and Reporting (JBHT)**
- JBHT is responsible to deliver all reporting and analytics. Avtex will assist with planning and best practices for:
  - KPI based Dynamics 365 Charts and Dashboards
  - KPI based Power BI Reports and Dashboards

**Data Migration**
- Migration from SalesForce
- Migration from CDRAP
- Migration from Access DB (3)
- Migration from Driver Transfer List
- Migration from CDP Driver Interview

**Data Integration (JBHT/Avtex)**
- JBHT/Avtex are responsible to deliver all data integrations.
- JBHT will assist Avtex with Dynamics 365 integration planning and best practices

**Training and Knowledge Transfer (JBHT)**
- JBHT is responsible to deliver all training and knowledge transfer
- Avtex will assist with the creation of the framework, strategies and tactics designed to faciliate an orderly and effective delivery of administrator and end user training

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## 1.5   Project Methodology Approach

Throughout the course of this project, Avtex will utilize a hybrid (waterfall and agile) project methodology approach (referenced below), delivered in specific stages.  All stages are described and estimated in this SOW.

## Project Methodology Plan Summary

**Stage 1 - Requirements Verification**
- Goals, objectives, success measures
- Business requirement concepts
- Business process and automation concepts
- Functional requirement concepts
- Migration/integration requirement concepts

**Stage 2 - Planning / Design**
- Deployment logistics
- Migration/integration plan(s)
- Testing plan(s)
- Training plan(s)
- Contingency plan
- Functional and business requirement details
- Milestone definitions

**Stage 3 - Development (Agile Sprints)**
- D365 configuration, customization and development
- Portal configuration
- Data migration, testing and validation
- Data integration, testing and validation
- Iterative system testing and course corrections
- Train the Trainer sessions
- Administrator Training
- User Acceptance Testing (UAT)

**Stage 4 - Deployment**
- Confirm UAT
- Final data cutover
- Client acceptance (Go/No-go decision)
- Data migration/integration setup in production

**Stage 5 - Post Deployment**
- Go-Live Support, includes time to:
  - Provide technical support to JBHT system administrator team
  - Provide Tier 2 end user support
  - Issue escalation to Microsoft on behalf of JBHT
  - Provide mentoring for administrators and technical team
  - Perform project close and transition to support team

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## Project Methodology Plan Narrative

## Stage 1 – Requirements Verification

Avtex will work with the JBHT team to verify requirements using the following process. We start by clarifying the Goals and Objectives of the project and confirm understanding of how each measurement will be used by JBHT in evaluating process efficiency, data accuracy, and required business outcomes. This stage is required to validate our understanding of JBHT terminology and process flows.

We will examine all process maps, workflows, ERDs, use cases and existing tools, to enable our team to create the initial solution that will enter agile development. The Avtex team will be composed of the Practice Manager, Principal Consultant, Solution Architect and one or more Business Analysts.

During this stage, we will create a team site for artifacts so that information is available to all stakeholders and so that it can be updated as needed.  Avtex will need access to subject matter experts (SMEs) at JBHT as well as those who maintain, update or support the existing technologies in place. This stage is complete when the Avtex team is has the required information to design and plan deployment.

## Stage 2 – Planning/Design

During this stage, Avtex will create all planning documents and review them with JBHT using an iterative approach.  Creating the project plan and associated planning documents will require close coordination between the Avtex and JBHT teams to ensure resource availability and promote project velocity and accuracy. Project and resource management professionals from Avtex and JBHT will develop the plans jointly with appropriate functional, technical and business resources from each team.

This stage is vitally important to restate expectations, highlight milestones and confirm deployment logistics and will be considered complete when all plans have been approved by both JBHT and Avtex.

## Stage 3 – Development

The Development stage will be conducted using the Agile methodology described in Section 1.6 of this document.  The work will be performed in a series of Sprints, typically 1-2 weeks in length.  Each Sprint is designed to provide extreme clarity around expected deliverables, where the Project Manager defines the sprint objectives and assigns tasks to the appropriate development resources.

Development and user interface design is iterative, meaning that Avtex will work collaboratively with JBHT SMEs and technical resources to ensure functional and technical accuracy that supports the overall business objectives.

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

Toward the end of each sprint, a team demonstration is given to JBHT by Avtex, and following that demonstration the Avtex team will address issues and/or feature omissions.  The Sprint is considered complete when the JBHT stakeholders approve and sign off on the work.

In addition to Sprint configuration and development work, the Deployment stage also includes Data Migration and Integration, Training (knowledge transfer) for JBHT trainers and D365 system administrators, and User Acceptance Testing (UAT).  This is also the time when JBHT will deliver end user training to the appropriate user community.

In certain circumstances, a Waterfall project management approach may be the most appropriate and cost-effective method for aspects of the Development stage.  Should this be the case, the Project Management teams from JBHT and Avtex will present the case to the Project Stakeholders and gain approval to make the shift for only the aspects presented and approved.

The Development stage is considered complete when all Sprint deliverables have been approved by JBHT.

## Stage 4 – Deployment

The Deployment stage of the project is relatively short (typically 2 weeks) and is performed collaboratively by Avtex and JBHT technical and system administration teams.

During the Deployment stage, preparations are made to deploy the finished product to the Production instance, configure workstations, laptops and mobile devices, and confirm completion of the UAT cycle.

This stage also includes the final data migration and integration runs, ensuring all of the most recent data is moved to Production.

The Deployment stage is considered completed when JBHT confirms Stage 4 is complete to its satisfaction.

## Stage 5 – Post Deployment

The Post Deployment stage focuses on system and user support, as well as quality control.

JBHT will provide Tier 1 (triage and initial troubleshooting) support, while Avtex will provide Tier 2 (escalated issues) support.  JBHT will designate representatives trained by Avtex who control the support process by escalating only those issues where they do not have the direct experience, knowledge or tools to remedy the issue.

Avtex will also work with Microsoft or other 3rd Party tools deployed by Avtex on behalf of JBHT when issues require further escalation.  Typically, this is needed only for product defects or system anomalies that cannot be rectified by Avtex or JBHT.

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

During this stage, Avtex will provide ongoing mentoring for JBHT D365 system administrators and technical staff as well.

Avtex has budgeted a limited number of hours to provide Post-Deployment support and mentoring, which will be used at the discretion of JBHT.  These hours may be extended through the change control process.

Post-Deployment will be considered complete when JBHT has approved the Project Close Out document and the budgeted hours for the stage have been consumed.



©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## 1.6   Development, Deployment and Review Approach

During the Development and Deployment stages, Avtex utilizes an agile approach, in close collaboration with your team.

- Agile is a framework of values and principles to manage teams and projects
- It embraces change, continuous feedback, visibility, and transparency
- We break work into "Sprints" – set periods of work where specific scopes are accomplished
- Work items, priority, and more can change at any time before a sprint
- Emphasis is on building a minimum viable product ("MVP") that produces a working solution that contains more features every sprint



©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## Agile Framework Core Modules

- **Epics –** Top level structures that describe an over-arching set of work
  - o Ex: "Build a prospect list"
- **Features –** More detailed accounts of work in a solution
  - o Ex: "Ingest prospect data to Conductor engine" or "Enrich prospect data with one external third-party data source
- **User Stories –** Specific use cases describing an activity that a solution can achieve, or that a person can do using the solution
  - o Ex: "As a business analyst, I want to view only medical claims from diabetic patients in the Conductor portal"
- **Tasks –** The pieces of individual work a developer performs to achieve a user story's intended functionality

## Agile Stages

- Feature Backlog Grooming and Story Refinement - Prioritizes the work to be completed.
- Sprint Planning - Plans the work for the next sprint.
- Sprint Execution - Executes the work within the sprint.
- Unit Testing and Peer Review - Avtex testing prior to JBHT review.
- Review with Customer – Present work from sprint to JBHT team.
- Customer Testing - JBHT validation, testing and signoff on the work completed.

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## 1.7   Assumptions

**General Assumptions**

- Dynamics 365 (D365) will be used for this project and all required Microsoft licensing will be procured by JBHT.
- Avtex will be listed as Microsoft's Partner of Record (POR) for the D365 purchase and implementation. If JBHT is unwilling to change the current POR an increase in project cost will be necessary to offset.
- Microsoft Portals will be used for Applicant and 3rd Party Recruiter portals.
- All D365 modules and instances will be hosted by Microsoft.
- "To-be" business processes will not be significantly changed and current processes are properly documented in the artifacts provided by JBHT.
- Job Standard Operating Procedures (SOP) remain unchanged.
- JBHT machines meet the minimum requirements:
  - x86- or x64-bit 1.9 gigahertz (GHz) dual core with SSE2 instruction set or faster processor
  - 4-GB RAM or more
  - 1.5 GB of available hard disk space
  - Super VGA with a resolution of 1024 x 768
  - Windows 7 Service Pack 1 (SP1) or higher
  - Office 2010+.
  - Microsoft recommended requirements:
    - 3.3 gigahertz (GHz) or faster 64-bit dual core processor with SSE2 instruction set
    - 8-GB RAM or more
    - 12 GB of available hard disk space (7200 RPM or more)
    - Super VGA with a resolution of 1024 x 768
    - Windows 10
- All Avtex testing will be performed with a single Chromium based browser (Google Chrome browser preferred)  Microsoft supports both Google Chrome and Microsoft Edge and confirms compatibility with both browsers.  Avtex performs all testing in one browser due to time and budget considerations.  JBHT user acceptance testing will also be performed using Google Chrome and Microsoft Edge. Testing and validation for any other browsers will be the responsibility of JBHT.
- While D365 can deploy with multiple language interfaces, the JBHT system will be deployed for English only.
- Help content will use the Microsoft "out-of-the-box" help system.
- The Microsoft Outlook app will be used to integrate with Office 365.
- SSIS with Kingswaysoft will be used for data migration and integration.
- Data integration maps will be created to populate the D365 datasets.  Data migration will be required for active lead, account, activity and contact records for recruits and employees.
- JBHT will host a Microsoft Teams site to manage shared files, meetings and communications. JBHT hosted Azure DevOps will be used to manage all epics, features, user stories, and tasks.

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

- Conversion of three existing Access Databases will satisfy the requirements of Recruiter Commissions, Driver Referrals and

JBHT and Avtex will be jointly responsible for the creation and maintenance of integration routines and code including SSIS and Kingswaysoft as detailed in <u>section 2.1 Data Integration</u>.

## JBHT Assumptions

- **Licensing and Infrastructure**
  - o Avtex assumes that JBHT will procure through the Microsoft Enterprise Agreement.
  - o JBHT will procure appropriate system and user licenses including but not limited to: Office 365, Dynamics 365, Power BI, Azure, North 52, MS Portals, and Kingswaysoft.
  - o JBHT will provide a server that will be used to host SSIS and Kingswaysoft for migration and integration.
  - o JBHT will provide a minimum of three (3) Dynamics 365 instances.  One for development (DEV), one for user acceptance testing (UAT) and one for production (PROD) use.
  - o JBHT will provide remote access capabilities to Avtex for the duration of this project.
  - o JBHT will provide each Avtex resource with the following full licenses for the duration of the project:
    - D365 Customer Engagement
    - Power BI
    - Azure
    - Office 365
    - Kingswaysoft
    - North 52
  - o JBHT will provide system administrator access to Avtex for D365 DEV and UAT environments.  Appropriate access will be provided to any environment necessary for data migration and integration purposes, for the duration of this project.
  - o JBHT to apply the D365 minimum supported version of the Microsoft Windows and Office service packs and hot fixes on all applicable devices – workstations/ laptops/ tablets/ phones.  Specifics are defined in these documents:
    - https://docs.microsoft.com/en-us/dynamics365/customer-engagement/admin/supported-web-browsers-and-mobile-devices
    - https://docs.microsoft.com/en-us/dynamics365/customer-engagement/outlook-app/deploy-dynamics-365-app-for-outlook
    - https://docs.microsoft.com/en-us/dynamics365/customer-engagement/unified-service-desk/admin/unified-service-desk-system-requirements?view=dynamics-usd-4.1

- **Personnel**
  - o JBHT will provide access to business subject matter experts, technical and administrative staff members per the project schedule to be defined during the planning stage.  Project delays may otherwise occur.

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

- o JBHT will assign at least one super user per department or key function. That user will be considered a peer by other users and who will be the first point of contact for issues.
- o JBHT will ensure IT staff are available to learn the system and provide end user support.

- **Process and Data**
  - o JBHT will provide all relevant user stories and use cases required to create MVP.
  - o JBHT will provide process and technical documentation as needed for the affected processes.
  - o JBHT is responsible for cleansing data, prior to Go Live, per the project schedule to be defined during the planning stage.  Inability to provide cleansed data will cause delays.
  - o JBHT is responsible for creation and maintenance of all Power BI dashboards and D365 reports.

- **Testing and Training**
  - o JBHT will provide functional testing resources for each sprint cycle.
  - o JBHT user acceptance testing will occur over a 2-4-week period and must conclude at least 4 weeks prior to go-live.
  - o JBHT is responsible for the creation of all training documentation, video vignettes and support deliverables.
  - o JBHT is responsible to deliver end user training to licensed D365 end users.
  - o JBHT business super users and IT team members will provide timely user testing and testing feedback prior to Go-Live.

- **Organizational Change Management (OCM)**
  - o JBHT is responsible for delivering all aspects of organizational change management.

## Avtex Assumptions
- **Personnel**
  - o During the project's execution, additional meetings will be required, and the location of these meetings will be remote or on-site at JBHT, as mutually agreed to by the parties.
  - o Avtex will provide login credentials to appropriate JBHT team members for Microsoft Teams (used to facilitate/record team meetings/communications).

- **Infrastructure**
  - o Avtex will install certain utility apps/solutions into the D365 ecosystem designed to facilitate project velocity and accuracy.  These apps/solutions will be installed into each environment (DEV, UAT and PROD).  The list of apps/solutions will be reviewed

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

with the JBHT team prior to installation.

- **Training**
  Avtex will develop the training framework for Train-the-Trainer classes and system administrator classes.  Please refer to <u>section 2.1 In Scope Training</u> for details.

- **Process and Data**
  - Data Migration will be performed by Avtex and will include JBHT staff where practical. Please refer to <u>Data Migration in Scope section</u> for details.

- **System Development**
  All work for this project will use the following prioritization for system development:
  - **Configuration**.  Using native administration tools within the application to tailor the user experience, security model, business rules and automation.
  - **Customization**.  Using 3rd party tools (North 52, e.g.) to facilitate requirement delivery when configuration cannot do so.
  - **Development**.  Using custom code to address a requirement when configuration and customizations cannot do so.

  *Please note that Development will not be performed, unless the following conditions exist:*
  - Both Avtex and JBHT has determined that Configuration and Customization cannot meet the requirement.
  - JBHT explicitly agrees to use the Development option to achieve one or more requirements.
  - JBHT agrees to the scope, budget and timeline change required by Development. This will be in the form of a Change Request provided by Avtex to JBHT.

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## 2   Project Scope of Work & Services

### 2.1   In Scope

The following work is deemed to be In Scope for this project:

- **89 Must Have Requirements** (reference Appendix A)

- **52 Satisfier-Delighter Requirements** (reference Appendix B)

- **Dynamics 365 Customer Engagement, configured for the following functional areas**
  - Position Management process
  - Lead / Pipeline Management process
  - Application Process
  - Benefits / Perks
  - CDP Structure / Compensation
  - Communications
  - Driver Qualifications
  - Location Management
  - Hiring Costs
  - Policies / procedures

  - **Configuration specifics**
    - User interface (Forms, Navigation, Views)
    - Data relationships (Lookups, Dependent option sets, Mapping between records)
    - Business Rules
    - Up to eight (8) complex automated processes via workflow / North52
      - Complex workflows/plugins are used when
        - Interaction with multiple entities is required
        - Complex calculations cannot be performed through business rules or JavaScript
        - Transactional execution
    - Up to ten (10) medium automated processes via workflow / North52
      - Medium workflows are conditional workflows that require 2 or more branches of logic to manage process flow.
    - Up to ten (10) simple automated processes via workflow / North52
      - Simple workflows are typically linear workflows with minimal steps, used for the following automation tasks:
        - Simple record updates following new record creation or existing record update.

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

- o Communication automation as a reaction to record or record status updates (emails, tasks, appointments, etc.)
  - ▪ Ten (10) Word Templates
  - ▪ Six (6) Dynamics 365 dashboards, including
    - • CRM views
    - • CRM charts
  - ▪ Configuration and testing/validation of security model
  - ▪ PowerApps configuration
  - ▪ System and unit testing of all configurations

- **Recruiter Interface**
  - o Simplified interface
  - o CTI integration

- **Portal for Driver Applicant**
  Configuration of portal for driver application process(es).

- **Portal for 3rd Party Recruiters**
  Portal that allows a 3rd party recruiter to log applicants, determine application status, determine commission for given applicants.

- **Data Migration**
  Data migration of current and historical data from the following systems is included:
  - o Salesforce
  - o CDRAP
  - o Driver Referrals Access database
  - o Outsource Recruiting Access database
  - o Recruiting Payroll Access database
  - o Driver Transfer List
  - o CDP Driver Interview
  Planning discussions will determine the exact data to be migrated from each system and the correct locations within the new system.

- **Data Integration**
  - o Data integration planning to be done in conjunction with JBHT.
  - o Data integration development of the following integration points to be led and completed by Avtex with assistance by JBHT:
    - ▪ REH Work Compv2 (STARS)
    - ▪ Workday
    - ▪ Workforce QA
    - ▪ ADP

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

- DriverIQ
- NIC
- Marketing Cloud
- Kentico
- Travel Vendors
- Outlook Calendar
- BING Maps
- o Data integration development of the following integration points to be led and completed by JBHT with assistance by Avtex:
  - OPI
  - EOI
  - Filenet
  - Telecom
  - Safety Training for LMS

- **KPI Dashboards and reporting**
  - o Power BI dashboard planning to be done in conjunction with JBHT.
  - o Power BI dashboard development per role to be led and completed by JBHT with assistance by Avtex

- **Foundational Configuration to Support Future Phases**
  Configuration to prepare system for future Artificial Intelligence (AI) functionality.

- **Training and Knowledge Transfer**
  Training and Knowledge Transfer will be provided to JBHT using a Train the Trainer (TTT) approach. Avtex will work with the JBHT training team to fully understand the various processes and use cases that the end users will need to learn in order to adopt and effectively use the D365 system delivered to JBHT for driver recruiting.

  TTT and System Administrator training will be delivered by Avtex and may be conducted both onsite and remotely. The following classes will be delivered:
  - o Eight (8) Train the trainer classes (4-hours each). Four classes led by Avtex, four led by JBHT and monitored by Avtex. We recommend at least 1 Avtex and 1 JBHT led class be held in person.
  - o Four (4) System Administrator classes (1-hour each). This training can be delivered remotely.

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

- **Support**

  Avtex will provide and/or facilitate technical support throughout the project duration for Microsoft specific or custom developed applications that are directly related to this project. In-Project technical support is related to effort required during the Development and Deployment stages, and Post Go-Live Support defines support provided in the Post Go-Live stage.  Each support area is defined below:

  - **In-project technical support**
    - Dynamics 365 Customer Engagement
    - Office 365 app integrations with D365
      - Outlook
      - Word
      - Excel
    - Kingswaysoft integration maps and procedures specific to D365
    - Sales Enablement PowerApps development
    - PowerBI reports and dashboards development for D365
    - SharePoint and Azure related to D365 integrations
  - **Post Go-Live Support**
    - Providing technical support to JBHT system administrator team
    - Providing Tier 2 end user support
    - Issue escalation with Microsoft on behalf of JBHT
    - Providing mentoring for administrators and end users
    - Project close, and transition to support team

- **Deliverables/Documentation – see <u>section 2.3</u> for complete list**

## 2.2  Out of Scope

The following items are out of scope.  Should any of these items need to be included in this project, Avtex will initiate the Change Control Process to describe the parameters and work effort required.

- Configuration, customization or code development outside of defined requirements for D365 MVP.
- Data integration other than described in <u>Section 2.1</u> as In-Scope.
- 3rd party application/product support, other than North 52 and Kingswaysoft.
- Installation, configuration or customization of adjunct Dynamics 365 apps, including but not limited to:
  - Field Service / Project Service
  - Microsoft Marketing
  - Other apps listed in AppSource
- Installation, configuration or customization of Artificial Intelligence tools, other than what is defined as In-Scope for <u>Foundational Configurations</u> in Section 2.1 of this document.
- Anything not specifically defined as In-Scope in <u>Section 2.1</u> of this document.

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## 2.3   Deliverables

The following are project deliverables:

***Planning Stage***
- Core team training
- Project plan
- Work breakdown structure
- Integration plan
- Migration Plan

***Development Stage***
- System and User Acceptance testing plans
- Training plan
- Administrator Training - The training will cover D365 user management, configuration, data import, system maintenance.

***Deployment Stage***
- Metadata library documentation for all D365 standard and customized components.

***Post Deployment Stage***
- Following successful project close out, project artifacts created by Avtex will be archived and delivered to JBHT

## 2.4   Schedule

This Planning, Development and Deployment stage of this project requires 31 weeks of duration. Post-Deployment will continue for a minimum of 4 weeks directly following go-live and not to exceed the budget.

The project will be conducted remotely whenever possible, and/or on-site at JBHT offices, as mutually agreed upon.

The project will commence immediately following receipt of the signed statement of work.

The following is the estimated project timeline in number of weeks by project stage.





©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## 2.5  Roles and Responsibilities

The JBHT Program Manager will coordinate internal resources, tasks, deliverables, milestones, schedules, communications, and meetings.

The Avtex Project Manager will manage Avtex consultant's tasks, resources, deliverables, provide meeting minutes and project updates.

Project roles, responsibilities and personnel contact information are subject to change.

JBHT CONTACTS

| Role | Name |
| --- | --- |
| Program Manager | Lauren Harter |
| Project Owner | Holly Hall |
| Executive Sponsor | Greer Woodruff |
| Executive Sponsor | Craig Harper |
| IT Relationship Leader | Jennifer Ford |
| Product Owner/Business Analyst | Matthew Winters |
| Organizational Change Manager | Paul Cooper |
| E&T Development Manager | Avigail Sta Ana |
| Expert Software Engineer | Srinivasa Rao |

AVTEX CONTACTS

| Role | Name |
| --- | --- |
| Executive Sponsor | Dale Monsour |
| Lead Consultant | Rick Chamberlain |
| Delivery Manager | Becky Cote |
| Account Executive | Chris Wilson |
| Poject Manager | Marcey Lockwood |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## 3   Management Procedures

### 3.1   Acceptance of Milestones/Deliverables

Each of the completed milestones and/or deliverables will be identified by name and formally submitted to JBHT Program Manager for final review and approval.

### 3.2   Project Completion Criteria

The project will be considered completed when all the deliverables identified in Section 2 have been accepted in writing by JBHT.

### 3.3   Change Control Process

Any changes of scope for the services being provided hereunder must be submitted in writing via Change Order. The document will describe the change, the rationale for the change, and specify any change in the charges, estimated schedule, or other terms. Once both parties agree to the modification an authorized representative of each party will approve the Change Order. No additional services will be provided until the Change Order is approved by both parties.

### 3.4   Dispute Resolution Process

If there is a need for escalation for any Avtex decisions the escalation will be in the following order:

1. Avtex Project Manager
2. JBHT ~~project~~ Program Manager
3. JBHT Project Owner

JBHT and Avtex will work to resolve issues initially amongst the team. If resolution is not possible the team should escalate the issue using the above escalation.

### 3.5   Project Planning, Tracking and Reporting

Avtex Project Manager will provide weekly status updates and minutes of project meetings to the JBHT ~~project~~ Program Manager. The weekly status updates include the following:

1. Project stage/Sprint updates
2. Financial reporting (burn down, available, etc.)
3. Summary of major deliverables completed
4. Key project milestones completed
5. Issues/Risks/Changes
6. Completed activities
7. Planned activities

### 3.6   Meetings

The Avtex Project Manager shall meet with JBHT weekly via teleconference to provide project status updates. Additional, ad hoc meetings may be necessary for further clarification of development items.  Communication channels will be established between Avtex and JBHT, as needed, to facilitate.

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## 3.7  Hours of Operation

Services that are to be performed on-site at JBHT facilities will occur Monday through Friday between the hours of 8 a.m. and 5 p.m. ("business days"). If work must be performed outside these hours, the rate will be at 1.5 times the preferred consulting rate set forth in Section 5.3 below. Work outside of these hours must be approved by JBHT prior to the work being performed

Avtex observes the following US holidays and will not be open for business:

| Holiday | 2019/2020 Holidays |
|---|---|
| Independence Day | Thursday, July 4, 2019 |
| Labor Day | Monday, September 2, 2019 |
| Thanksgiving Day | Thursday, November 28, 2019 |
| Day after Thanksgiving | Friday, November 29, 2019 |
| Christmas Eve | Tuesday, December 24, 2019 |
| Christmas Day | Wednesday, December 25, 2019 |
| New Year's Eve | Tuesday, December 31, 2019 |
| New Year's Day | Wednesday, January 1, 2020 |



©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## 4   Facilities/Tools/Equipment Requirements

### 4.1   Location

Services will be performed remotely, at Avtex's site in Bloomfield Hills, MI or on-site at the request and approval of JBHT  at the following JBHT facility:

J.B. Hunt Transport, Inc.

615 J.B. Hunt Corporate Drive

Lowell, AR 72745

Avtex's Lead Consultant will be on-site when necessary as determined by Avtex's Project Manager. Travel will be approved in writing by JBHT Program Manager in advance of any trips required.

### 4.2   Infrastructure Requirements

#### 4.2.1   System / Network Access

JBHT shall provide required logins, as well as network, internet, and voice access for onsite Avtex resources located at JBHT facilities, and via an acceptable method of remote access, as determined necessary by JBHT, for after hours and offsite support.  The list of required resources will be provided by the Avtex Project Manager during the Planning stage.

#### 4.2.2   Equipment

Avtex is responsible for supplying its own laptops or workstations for the services provided under this SOW.  JBHT shall make available to Avtex workspace, phone access, printer access, and meeting rooms for onsite resources.

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## 5   Pricing

## 5.1   Investment

### 5.1.1   Estimated Professional Services

The following tables provide the estimated cost required to deliver the MVP D365 initiative described above.  Actual costs may differ, as all services are time and materials based.  JBHT may elect to take on more responsibility to deliver services in certain areas, which could impact the budget. All estimates below are based on time and materials billing at the hourly rate defined in section 5.3.

| Type | Est. Min Hours | Est. Max Hours | Est. Min | Est. Max |
|---|---|---|---|---|
| 2 Planning | 850 | 1,017 | $ 176,800 | $  211,536 |
| 3.1 DEV-UI | 399 | 459 | 82,992 | 95,472 |
| 3.2 DEV-Process | 1,710 | 1,840 | 355,680 | 382,720 |
| 3.3 DEV-Automation | 704 | 776 | 146,432 | 161,408 |
| 3.4 Data Migration | 932 | 1,041 | 193,856 | 216,528 |
| 3.5 Data Integration | 2,849 | 3,194 | 592,592 | 664,352 |
| 3.6 DEV-Portal | 541 | 668 | 112,528 | 138,944 |
| 3.8 DEV-Reports | 110 | 134 | 22,880 | 27,872 |
| 3.9 DEV-Status/QA | 371 | 435 | 77,168 | 90,480 |
| 4.2 Testing-UAT/System | 460 | 480 | 95,680 | 99,840 |
| 5 Training | 119 | 140 | 24,752 | 29,120 |
| 6 Project Management | 1,946 | 2,189 | 404,768 | 455,312 |
| 7 Deployment | 259 | 311 | 53,872 | 64,688 |
| 8 Post Deployment | 427 | 450 | 88,816 | 93,600 |
| 9 OCM | - | - | | |
| Grand Total | 11,677 | 13,134 | $ 2,428,816 | $  2,731,872 |

| Estimated Cost by Position for Avtex Personnel | Est. Min | Est. Max |
|---|---|---|
| Business Analysts | $105,034 | $118,139 |
| D365 Technical Leads | $452,314 | $508,752 |
| D365 Functional Specialists | $362,444 | $407,668 |
| UX Developers | $84,941 | $95,540 |
| Portal Developers | $123,526 | $138,940 |
| Integration Specialists | $590,635 | $664,332 |
| Data Migration Specialists | $192,503 | $216,521 |
| Power BI Consultant | $24,779 | $27,871 |
| AI Practice Lead | $7,397 | $8,320 |
| D365 Practice Lead | $80,440 | $90,477 |
| PM | $404,803 | $455,312 |
| Subtotals | $2,428,816 | $2,731,872 |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

### 5.1.2  Products

Microsoft Dynamics 365; North52 BPA; and Kingswaysoft Integration and Migration Tools are required for this project.

| Required Products | Initial Purchase (Includes first year support | Annual Support Year 2+ |
|---|---:|---:|
| North52 BPA- Rules Engine | $15,000 | $15,000 |
| Kingswaysoft Integration and Migration Tools | 7,500 | 7,500 |
| Subtotals | $  22,500 | $ 22,500 |

## 5.2  Pricing Terms

Prices are net of any applicable taxes. This SOW is valid if signed by authorized representatives of both parties within 30 days from the Submitted Date.

## 5.3  Payment

For the services provided under this SOW, Avtex is to be paid for services provided in accordance with the payment terms of the Master Service Agreement between the parties. This project will be completed on a time and materials basis.

Services under this SOW shall be provided at the JBHT preferred consulting rate of $208 per hour with Avtex designated as Microsoft's Partner of Record (POR).  Prices are net of any applicable taxes.

## 5.4  Travel Expense

Travel Expenses are billed as separate line items and are not included in the Estimated Time & Material Services Fees.  All project work typically can be performed remotely. Avtex will be available to work onsite at the request and approval of JBHT. Onsite travel expenses are reimbursed in accordance with the terms of the Master Service Agreement between the parties.

## 5.5  Invoicing

Avtex will provide invoices in accordance with the terms of the Master Service Agreement between the parties.

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## 6   Miscellaneous

## 6.1   Term and Termination

The term of this SOW is for a period of one (1) year commencing on the date both parties have signed below, and will automatically renew for additional one (1) year periods until terminated as provided in this Section 6.1. JBHT may terminate this SOW at any time for any reason, or no reason, with two (2) weeks' written notice to the Avtex contact listed below.  After notification of termination, JBHT is responsible to pay for all work completed up to the date of the termination.  This SOW will also be automatically terminated upon termination by either party of the Master Services Agreement (MSA) in accordance with the terms thereof.

**Avtex Contact:**

Dale Mansour
Chief Business Officer
dmansour@avtex.com
3500 American Blvd W. Suite 300
Minneapolis MN 55431

### 6.2 Counterparts

This SOW may be executed in counterparts, each of which will be deemed an original, and each of which will be taken together and will constitute one and the same agreement. This SOW may be executed by facsimile, and the delivery of signed copies of this SOW by facsimile or electronically will constitute and be deemed to be delivery of the original signatures of the Parties.

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## 7   SOW Acceptance

By signing this SOW, Avtex and JBHT agree to the terms of this SOW.  This SOW is being executed pursuant to the Master Service Agreement, dated _____Jul 26, 2019_____, 2019, between the parties ("MSA"). In the event of a conflict between the terms in the Master Service Agreement (MSA) and this Statement of Work (SOW), the terms in this SOW will take precedence.

**Accepted and Agreed To:**



**J.B. Hunt Transport, Inc.**                          **Avtex**

Signature: *Craig Harper*
Craig Harper (Jul 26, 2019)

Name:        Craig Harper

Title:         EVP/COO

Date:         Jul 26, 2019

Signature: *Dale Mansour*
DocuSigned by:
8EC7031FAF114CA...

Name:        Dale Mansour

Title:         Chief Business Officer

Date:                    7/26/2019

Project #:            AP–2583



**■■Microsoft**
**■■ Global Partner of the Year**

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

# 8  Glossary of Terms

| Acronym, Abbreviation or Term | Definition |
| --- | --- |
| Acceptance Criteria | Criteria provided by JBHT which details JBHT's expectations upon completion of the project or deliverables |
| JBHT | J.B. Hunt Transport, Inc. |
| Code | Custom development tools (C#, JS, etc.) used to extend system functionality |
| Customization | 3rd party tools or apps used to extend system functionality |
| Dynamics 365 / D365 | Microsoft Dynamics 365 CRM; software as a service version |
| Go-Live | Date that the D365 Driver Recruiting System is initially available to users |
| MSA | Master Services Agreement |
| OCM | Organizational Change Management |
| POR | Microsoft's Partner of Record. Additional support that Microsoft provides to its partners for specific D365 deployments. Microsoft provides both financial and product support to its Partners of Record. |
| Production Environment (PROD) | The live version of solution used for day to day operations |
| Promotion | Process used to take components from a lower to higher environment (DEV to UAT or UAT to PROD) |
| SOP | Standard operating procedure |
| SOW | Statement of Work |
| User Acceptance Testing Sandbox (UAT) | A separate instance of D365 used for User Acceptance Testing only |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

# 9    APPENDIX A – MUST HAVE REQUIREMENTS SUMMARY

## Must Have Requirements

| Red / 1.00 | Business Requirements | D365 CE | D365 CE Portal | North 52 Rules Engine | Implementation Options |
|---|---|---|---|---|---|
| 1.01 System uptime | Guaranteed uptime of 99.99% or higher - 24/7. | | | | Conforms with Microsoft SLA for D365 |
| 1.02 Upgrades | Completed over the weekends with no impact to system uptime. | | | | Microsoft provides upgrade windows |
| **5.00** | **Assurance of Supply / Innovation** | | | | |
| 5.04 Application Process - Auto-Qualification - Application approved prior to hire | Applicants see that they are approved given the information verified during the completed background check before their start date. | Config | Config | Config | The background check and approval status will display on the applicant portal so that the applicant can see that they are approved.  Text or email can also be automatically generated making the applicant aware of the approval. |
| 5.03 Application Process - Auto-Qualification - Exception management | Processors have exception applications brought to their attention given the combined information from the applicant, previous employers and consumer reports associated with the application.  System displays the necessary information for review. | Config | | Config | The rules engine will be used to flag applications with exceptions for attention.  The applications will then be prioritized for the processor to address. |
| 5.05 Application Process - Auto-Qualification - Hired into agreed upon position | Applicants are hired into the agreed upon position given they qualify for the position when the application is taken and the background completed. | Config | | Config | Workflow /Rules engine will be used to present the possible positions the applicant is qualified for, then once a position is selected, the applicant will be linked to only that position through the conclusion of the hiring determination for that position. |
| 5.22 Application Process - Hiring requirements - Clear hiring requirements | Applicants clearly understand the hiring requirements when evaluating position(s). | Config | | Config | A matching workflow process will clearly identify if a candidate matches the available position.  The workflow will execute periodically in the background, but can also be executed on an individual applicant as needed. |
| 5.23 Application Process - Hiring requirements - Consistent hiring requirements | Processors want consistent hiring requirements given what is required by DOT (if applicable), company policy and the assigned position when processing an application.  Processors understand whether the applicant qualifies. | Config | | Config | A matching workflow process will clearly identify if a candidate matches the available position.  The workflow will execute periodically in the background, but can also be executed on an individual applicant as needed. |
| 5.44 Application Process - Interview process - Add manager Interview to hiring process | Position managers can add a manager interview process to the hiring process. | Config | | Config | In the position setup, the manager can designate the requirement for an interview process.  If selected, the rules engine will add it to the hiring process. |
| 5.25 Application Process - Interview process - Post interview next steps interview | Interviewers want it to be clear what is next given that a decision has been made whether the candidate passed or failed the interview when the interview is complete. | Config | | Config | The interview process can be handled within D365.  This will allow the interviewers to take notes and record whether the candidate passed or failed the interview.  Based on this input the rules engine will create the next steps in the process. |
| 5.24 Application Process - Interview process - Relevant and compliant interview questions | Interviewers want relevant interview questions that are approved by HR Compliance/Legal when interviewing candidates then the candidate's answers are used to determine the best qualified candidate for the opening. | Config | | Config | The interview process can have relevant interview questions defined for the specific jobs.  The answers inputed into D365 can then be processed by the rules engine to determine the best qualified candidate for the opening. |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663



# J.B. HUNT — Must Have Requirements

| Ref | Red | Business Requirements | | | |
|-----|-----|-----------------------|---|---|---|
| 5.56 | Application Process - LMS (Learning Management System) - Online training | Applicants have the ability to take online training prior to onboarding given that they have internet access when the training provides the company's expectations customized for the selected position. The system provides for this functionality or an integration to pass the required data back and forth. | Config | Config | The applicant portal can provide a link a link a the correct time in the process so the applicant can go to the LMS system for the training. |
| 5.79 | Application Process - Manual Review - Management review | Processors can submit for management review given there are times when a decision is not clear cut. The system provides a management review process. | Config | Config | The processors will have the ability to flag a application for management review. A review process will be then be triggered that will move the application to the forefront for the manager. Once the review is complete the processors will be notified of the decision. |
| 5.32 | Application Process - Onboarding process - Dispatch ability | Managers dispatch new hires given they meet the requirements to show to work, present the proper documentation and complete Operations onboarding training. | Config | Config | This requirement could potentially use the Universal scheduling component of Dynamics 365 if the number of onboarding slots for onboarding per day is limited |
| 5.54 | Application Process - Onboarding process - Integration | Position managers and managers have a system that integrates with Workday ensuring the new hire is hired into the correct position in Workday given that Workday is the HCM when the new hire reports to work. The system ensures the new hire is hired in Workday. | Config / Integration | | Microsoft provides extensive integration support through a variety of mechanisms. The preferred solution will depend on the amount of data, timeliness requirements and destination capabilities. Integration capabilities include standard ETL tools, web-based integration solutions such as Microsoft Logic Apps or even direct integrations through rest or soap-based services. |
| 5.82 | Application Process - Onboarding process - Location management | Position managers and system administrators manage location information given the need to communicate where to report for work once the background process is successfully complete. The system allows the creation and updating of worksite and terminal locations. | Config | | The system will allow creation and update of worksite and terminal locations and their onboarding hours. |
| 5.31 | Application Process - Onboarding process - Report to work | Applicants know where and when to report for work once background, online training and the safety pre-hire process is complete passing in all areas. The system indicates where and when to report to work as well as any necessary items to bring. | Config | Config | Applicants can be notified via email, sms or other digital channels. Through the portal, applicants would also have the ability to review the information online. |
| 5.85 | Application Process - Onboarding process - Scheduling | Managers have their work schedule taken into account given onboarding new hires is only a part of their role when a new hire is scheduled to report for work. The system ensures their availability before scheduling. | Config / Office 365 | | Depending on the scheduling complexities, Dynamics 365 manage schedules through integration with Office 365 or manage schedule and resource availability through Universal Scheduling. Universal scheduling provides a wide range of features include availability, utilization, required skills, etc. |
| 5.68 | Application Process - Online application/profile center - Applicant Data Record (ADR) | Applicants are presented the Applicant Data Record (ADR) to complete as part of the application process given that it conforms to current laws regarding language and timing when the applicant completes the application. | Config | | The applicant portal will present all required data for the applicant to complete. |
| 5.34 | Application Process - Online application/profile center - Application received notification | Applicants are notified when their online application is received given they have completed the required information and submitted. The system notifies that the online application has been received along with next steps. | Config | Config | The system will change the applicant status once the application is complete and provide next steps. This data will also be shown in the portal so that the applicant can review. |
| 5.33 | Application Process - Online application/profile center - Online application create/update | Applicants can create/update an online application given they have internet access when interested in pursuing opportunities with the company. The system presents in a clear and intuitive format that their device supports the information required to submit their application. | | Config | The applicant portal will have a clear and intuitive application process |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

**J.B. HUNT** — Must Have Requirements

| Ref | Business Requirements | | | | |
|---|---|---|---|---|---|
| 5.67 Application Process - Online application/profile center - Over the phone application create/update | Processors have the ability to take an over the phone application given the applicant cannot complete the online application. The system allows processors to complete an over the phone application for the applicant. | Config | | | Microsoft provides a consolidated agent desktop that works seamlessly with Dynamics 365 to facilitate high volume multi-channel contact center use cases |
| 5.42 Application Process - Online application/profile center - Profile Center Access | Applicants see the status of their application given they created an account when they created/updated their online application. The system provides their status and any tasks pending their action. | | Config | | The applicant portal will present the applicant with their current status and any open tasks |
| 5.43 Application Process - Online application/profile center - Profile center interaction | Applicants can interact directly when they need to communicate or attach something when presented with tasks requiring their action. The system allows the applicant to provide around their schedule. | | Config | | The applicant portal will have a contact us area that will allow them to communicate with a processor. They can also upload an attachment as needed. |
| 5.68 Application Process - Online application/profile center - Veteran status | Applicants are presented the request of Veteran status to complete as part of the application process given that it conforms to current laws regarding language and timing when the applicant completes the application. | | | Config | The applicant portal along with the rules engine will present the request of Veteran status at the correct time during the application process |
| 5.70 Application Process - Online application/profile center - Voluntary self-identification of disability | Applicants are presented the Voluntary self-identification of disability to complete as part of the application process given that it conforms to current laws regarding language and timing when the applicant completes the application. | | | Config | The applicant portal along with the rules engine will present the Voluntary self-identification of disability at the correct time during the application process |
| 5.45 Application Process - Pipeline Management - Accurate pipeline conversion data | Position managers can see the forecasted number of hires for their position given the number of applicants in the pipeline when historical data is available. System ensures that only the necessary number of applicants are in the pipeline to meet the need. | | | Config | PowerBI will be configured to show the forecasts and the rules and workflow engines will enforce hiring caps. |
| 5.38 Application Process - Rehire process - Rehire eligibility | Processor(s) see whether an applicant is eligible for rehire given their previous work history with the company when a new application is received. The system displays whether the applicant is eligible for rehire with the company and the position interested in. | Config | | | Attributes such as re-hire ability can be recorded at the applicant level to control access to open positions |
| 5.47 Application Process - Travel/Accommodations - Travel order ability | Processors can order travel for the applicant given they meet the requirements to report for work and require travel assistance to the reporting location. The system allows ordering and receiving travel information. | Config (coding may be required if integration is needed) | | | Dynamics 365 can provide Processors access to external applications such as travel sites using Unified Service Desk. Dynamics 365 can also integrate with external travel solutions to make automated request as needed |
| 5.86 Application Process - Workday Pre-hire access - Benefits | Employee applicants can elect benefits within Workday prior to their start date when meeting the requirements to report for work. | Config (coding may be required if integration is needed) | Config (coding may be required if integration is needed) | | More information is needed before identifying the type of configuration. If Workday provides this functionality via a web portal, it may be feasible to surface the Workday portal page from the applicant portal. |
| 5.87 Application Process - Workday Pre-hire access - Direct Deposit | Applicants can setup Direct Deposit within Workday prior to their start date when meeting the requirements to report for work. | Config (coding may be required if integration is needed) | Config (coding may be required if integration is needed) | | More information is needed before identifying the type of configuration. If Workday provides this functionality via a web portal, it may be feasible to surface the Workday portal page from the applicant portal. |

©2019 - Avtex - Confidential

# J.B. HUNT — Must Have Requirements

| Ref | Business Requirements | Config | Notes |
|-----|----------------------|--------|-------|
| 5.88 Application Process - Workday Pre-hire access - I-9 | Employee applicants can complete Section 1 of their I-9 within Workday prior to their start date when meeting the requirements to report for work. | Config (coding may be required if integration is needed) | The applicant portal can provide a link at the correct time in the process so the applicant can go to Workday to complete their I-9. |
| 5.89 Application Process - Workday Pre-hire access -Work Opportunity Tax Credit (WOTC) | Employee applicants can complete WOTC prior to their start date when meeting the requirements to report for work. | Config (coding may be required if integration is needed) | The applicant portal can provide a link at the correct time in the process so the applicant can go to Workday to complete the necessary information. |
| 5.49 Benefits/Perks - JBHT systems management - Admin configuration | System administrators have a configurable system given they have the appropriate security access when changes are required in the recruiting process, then the system allows them the ability to update. | OOB / Config | Dynamics 365 was designed from the ground-up to allow properly authorized administrators to make changes through configuration. Configuration elements include data tables, data fields, views, forms, business rules and workflows. Microsoft provides extensive support for additional low/no code options to extend Dynamics 365 if required |
| 5.83 Benefits/Perks - JBHT systems management- Mass import/export application ability | System administrators can mass import and export applications given the need to fast track acquisition hires when acquiring new business. | OOB | Import/Export of data is an out-of-the-box feature. |
| 5.77 Benefits/Perks - JBHT systems management - Mass update ability | System administrators can mass update data given data cleansing needs occur. The system allows for the mass update of data. | OOB | Administrators can mass-update data through online forms, importing updates via Excel Spreadsheets or even synching live data within Excel Spreadsheets. |
| 5.02 CDP structure/compensation - Aligned to Strategy - Department scorecard | Leaders see departmental performance in real time as it relates to the KPI's of the roles that make up the department when relating to the departmental strategy of "efficiently hiring the safest, best qualified drivers in the industry fulfilling Operations' needs as quickly as possible." System displays performance at a high level with drill down to functional areas. | OOB / Config / Power BI | Dynamics 365 Provides a wide variety of dashboards that will be configured to meet the business needs of each role. In addition, Microsoft provides PowerBI to provide a deeper level of analytical reporting options |
| 5.76 CDP structure/compensation - Aligned to Strategy - Reporting and dashboards | The system allows for data to be exported given the need to report on departmental performance. | OOB | Data can be exported or integrated to a number of data repositories for reporting purposes. |
| 5.01 CDP structure/compensation - Aligned to Strategy - Scorecard | Processors see their performance (KPI's) in real time for their role as it relates to the departmental strategy of "efficiently hiring the safest, best qualified drivers in the industry fulfilling Operations' needs as quickly as possible." System displays performance. | OOB / Config / Power BI | Dynamics 365 Provides a wide variety of dashboards that will be configured to meet the business needs of each role. In addition, Microsoft provides PowerBI to provide a deeper level of analytical reporting options |
| 5.15 CDP structure/compensation - Correct vendor pay - 3rd party pay | 3rd parties are paid accurately and timely given they have a working agreement when the requirements for payment have been fulfilled. The system ensures correct compensation according to the contract. | Config | Dynamics 365 / rules engine will be configured to track 3rd party commissions and other compensation related data attributes. |
| 5.39 CDP structure/compensation - Reward - CDP employee pay | Processor(s) are paid accurately and timely given the expectations laid out in their role when meeting or exceeding KPI's of their role as relating to departmental strategy. The system ensures they are compensated correctly and in a timely manner for their efforts. | Config | Dynamics 365 / rules engine will be configured to track processor commissions and other compensation related data attributes. |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663



## J.B. HUNT — Must Have Requirements

| Ref | Business Requirements | | | |
|-----|-----------------------|---|---|---|
| 5.78 CDP structure/compensation - Team - Workflow - manual task creation | Processors and managers can create tasks within the system given the need to follow up when follow up would be best handled with a task. | OOB | | Dynamics 365 provides out of the box the ability to create and manage tasks. |
| 5.09 Communication (non-marketing) - Clear Job description/details - Accurate job description | Applicants see that the job aligns with the job description since it represents what was important in their decision to come to work. | | Config | The applicant portal will display same job description as the processor system. |
| 5.08 Communication (non-marketing) - Clear Job description/details - Consistent job communication | Applicants see a consistent job description representing what is important in determining their interest when discussing with processor(s). System displays one consistent job description. | | Config | The applicant portal will display same job description as the processor system. |
| 5.06 Communication (non-marketing) - Clear Job description/details - Creating/updating job description | Managers create/update job description(s) for their opening(s). System allows managers to communicate this information for recruitment efforts. | Config | | Dynamics 365 will be configured to allow a manager to create / update the job descriptions for their openings. |
| 5.10 Communication (non-marketing) - Clear Job description/details - Marketing input | Marketing modifies the job description given that the format should differ based on advertising media when attracting prospects then the system allows these changes while ensuring alignment with the full job description. | Config | | Dynamics 365 can support all of the job description business rules identified in these requirements |
| 5.11 Communication (non-marketing) - Clear Job description/details - Onboarding | Managers see that new hires have a firm understanding of the job given the details of the job provided when starting the recruitment process. | Config | | Multiple channels and communication methods can be leveraged so that applicant has a clear understanding of the job |
| 5.07 Communication (non-marketing) - Clear Job description/details - Reviewing job description | Applicants see a clear and concise job description representing what is important in determining their interest when reviewing position options. | | Config | The applicant portal will display the job description to the applicant. |
| 5.14 Communication (non-marketing) - Correct driver pay - Ability to answer new hire pay questions | Managers have the necessary information to answer pay questions in line with the pay communicated to the hire upon background completion as hires have questions. The system provides the necessary information to answer. | Config | | Pay ranges will be calculated based on position attributes an driver qualifications. |
| 5.13 Communication (non-marketing) - Correct driver pay - Actual pay | Hires see that their actual pay is in line with what they were told during the application process when they start getting paid. | Config | | Pay/offer commitments will be recorded to manage expectations |
| 5.20 Communication (non-marketing) - Driver Advocate (single POC) - Feeling valued | Applicants feel valued when contacted by processor(s). The system facilitates a personal interaction. | Config | | A complete picture of the applicant and their interaction history is easily viewable including preferences and qualifications to assist the processor in personalising the interaction. |
| 5.21 Communication (non-marketing) - Driver relationship management - Hiring process integrity | Applicants want requests that processor(s) agree to honor honored. System will facilitate honoring the commitment. | | Config | Requests will be recorded and users will be notified based on pre-defined response parameters |
| 5.64 Communication (non-marketing) - Interview process - Interview planning | Interviewers have their work schedule taken into account given interviewing is only a part of their role when an interview is scheduled. The system ensures their availability before scheduling. | Config | | Depending on the scheduling complexities, Dynamics 365 manage schedules through integration with Office 365 or manage schedule and resource availability through Universal Scheduling. Universal scheduling provides a wide range of features include availability, utilization, required skills, etc. |
| 5.35 Communication (non-marketing) - Operations Advocate (single POC) - Efficient recruiting process contact | Managers want a position manager that can update and answer any questions regarding the status of filling their opening(s) given the requirements that were provided when asked. The system readily has the required information. | Config | | Dynamics 365 will store job openings and be able to show the status of the opening at any time. |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## J.B. HUNT — Must Have Requirements

| Ref | Business Requirements | Config | Description |
|---|---|---|---|
| 5.80 Communication (non-marketing) - Single system - Application status | Processors, managers, position managers, interviewers, leaders and 3rd parties can see application status given their role in the recruiting and hiring process. | Config | Stakeholders will be able to see application status throughout the process. |
| 5.59 Communication (non-marketing) - Workflow - Ability to email | Processors have the ability to email leads and applicants given some leads and applicants are more apt to respond to an email than other forms of communication. The system provides the ability to send and receive emails. | Config | Dynamics 365 has the ability to receive and send messages across multiple digital channels include email and sms messages. In addition, Dynamics provides the ability to store preferences to individuals to ensure Processors are communicating on the applicants preferred channel at preferred times. |
| 5.58 Communication (non-marketing) - Workflow - Ability to text | Processors have the ability to text leads and applicants given some leads and applicants are more apt to respond to a text than other forms of communication. The system provides the ability to send and receive texts in near real-time. | Config | Dynamics 365 has the ability to receive and send messages across multiple digital channels include email and sms messages. In addition, Dynamics provides the ability to store preferences to individuals to ensure Processors are communicating on the applicants preferred channel at preferred times. |
| 5.62 Communication (non-marketing) - Workflow - Automated logging | Calls, emails and text communication between processors and leads and applicants is automatically logged within the system when the communication occurs. The system allows for automated logging for outbound and inbound communication. | Config | Dynamics 365 is designed to capture all interactions across multiple channels and can use workflow to route to appropriate teams as required. |
| 5.60 Communication (non-marketing) - Workflow - Click-to-dial | Processors have the ability to click-to-dial leads' and applicants' phone numbers given it takes time to manually dial a number. The system provides the ability to click-to-dial from the UI. | Config | Click to dial will be enabled |
| 5.57 Communication (non-marketing) - Workflow - Integration(s) - 1 | Processors have a system that integrates with the company's HMI and SCADA provider and telecommunications platform given the importance of accurately logging communication when communicating with prospects, leads and applicants. The system provides integrations to pass the required data back and forth. | Config | Dynamics provides extensive support for 3rd party integration. Exact details would depend on the nature of HMI and SCADA systems. See 5.50 for telephony integration |
| 5.65 Communication (non-marketing) - Workflow - Integration(s) - 2 | Processors have a system that integrates with the company's drug screening vendor given the need to schedule drug screens as a requirement of the hiring process when the applicant grants permission to schedule. The system provides integrations to pass the required data back and forth. | Config (coding may be required if integration is needed) | Integration to drug screening vendor will be part of MVP. |
| 5.63 Communication (non-marketing) - Workflow - Opt Out | Leads and applicants can opt out of communication given calls, email and text communication when they request to be opted out of 1 or more forms of communication, then the system allows for their requests to be fulfilled. | Config | The applicant portal will allow the applicants to opt out of communication channels. |
| 5.41 Communication (non-marketing) - Workflow - Specialized needs | Managers see special needs of their applicants given the information received during the application process when the applicant meets the requirements to report for work. The system provides the information for planning. | Config | Special needs will be provided to managers as an alert in addition to being viewable in the applicant file. |
| 5.61 Communication (non-marketing) - Workflow - Templates | System administrators can create communication templates given the common needs when reaching out to leads and applicants. The system allows the ability for text and email templates for processor use. | OOB | Dynamics 365 provides email, SMS and letter templates that merge information for automating communication. |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663



# Must Have Requirements

| Ref | Business Requirements | Config/Integration | Config | |
|---|---|---|---|---|
| 5.81 | Driver qualification placement (Recruitment "quality") - Application Decision - Adverse Action process | Applicants can review consumer reports pulled during the background check for accuracy given their right to dispute adverse decisions when a result in whole or part from information received from a consumer report. The system provides a legally compliant adverse action process. | Config/Integration | Config | The application portal will allow applicants to view background check details and variances. |
| 5.48 | Driver qualification placement (Recruitment "quality") - Application Decision - Documentation | Processors see the details of rejected applications given the information on file during the application process when compared to the hiring requirements at the time of decision. The system provides detailed and accurate information regarding the decision. | Config | Config | The system provides a detailed history of disqualifications. |
| 5.53 | Driver qualification placement (Recruitment "quality") - Consumer reports - Integration(s) | Processors have a system that integrates with consumer reporting agency(s) given the ordering and receiving of consumer reports is required when processing an application. The system allows for the ordering and receiving of consumer reports within it. | Config/Integration | Config | See 5.54. In regards to background checks, consumer reports and MVR results, it might be possible for Dynamics 365 to integrate to one or more of these services to retrieve results through a data field. If the background service only provides data in digital report format, Microsoft has a set of services designed to read and parse data which can be used to convert reports into usable data formats. |
| 5.26 | Driver qualification placement (Recruitment "quality") - Job alerts - Internal transfer opportunities | Existing employees, Independent contractors and lease purchase drivers want to see available positions given the position is open for internal recruitment when meeting the consistent hiring requirements. System allows them to apply. | Config | Config | A separate portal will be created for existing employees, independent contractors, and lease purchase drivers to display available positions for transfer opportunities based on their recorded qualifications and preferences and then sorted based on best potential fit. |
| 5.46 | Driver qualification placement (Recruitment "quality") - Position match - Best position match | Applicants are matched with the best position given their interests while meeting the hiring requirements based on all information on file. The system presents the results with the best match first. | | Config | A separate portal will be created for existing employees, independent contractors, and lease purchase drivers to display available positions for transfer opportunities based on their recorded qualifications and preferences and then sorted based on best potential fit. |
| 5.36 | Hiring costs - Lead generation - Referral payment confirmation | Existing employees, Independent contractors and lease purchase drivers see when they are paid for a referral given the referral was submitted properly when the referral payment occurs. The system informs what was paid and for whom. | Config | Config | A separate portal will be created for existing employees, independent contractors, and lease purchase drives to calculate referral payments and status. |
| 5.37 | Hiring costs - Lead generation - Submission confirmation | Existing employees, Independent contractors and lease purchase drivers receive confirmation when their referral is submitted given the referral was submitted properly when the referral is submitted. The system provides confirmation that the referral has been received. | Config | Config | Dynamics 365 workflow will be used to communicate when their referral is submitted. |
| 5.19 | Lead/pipeline management - Demand management - Internal transfers | Managers see that internal transfers are incorporated in the hiring process. System ensures that transfers are counted as part of hiring to the need. | Config | Config | The rules engine will be leveraged to incorporate the internal transfers into the hiring process. |
| 5.16 | Lead/pipeline management - Demand management - Order placement | Managers want their position opened for recruitment efforts given the submitted information regarding job description and their hiring need when the order is placed. The system ensures that efforts to fill the position(s) begin immediately. | Config | Config | The rules engine will be configured to validate request requirements so that as soon as an order is placed the efforts to fill the position can be started and the position matching with use the newly created position. |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663



## Must Have Requirements

| Ref | Business Requirements | Config | Config | Notes |
|---|---|---|---|---|
| 5.17 | Lead/pipeline management - Demand management - Respond to forecast changes / Managers want a dynamic recruitment process given the projected effort to fill their position(s) when the hiring forecast changes. The system responds quickly maximizing the chances of filling their position(s). | Config | Config | The rules engine can be used to project hiring forecasts. |
| 5.18 | Lead/pipeline management - Demand management - Responding to changes in demand / Managers see the hiring process responds to changes in their need when the change is indicated. System ensures that hiring to the need still occur. | Config | Config | Dynamics 365 and the rules engine will be configured to adapt to changes as the manager updates opening needs. |
| 5.28 | Lead/pipeline management - Lead management - Lead lifecycle / Processors engage leads in order of quality given a defined lead lifecycle including one record per person. The system prompts for engagement/re-engagement. | Config | Config | Workflow and the rules engine will be configured to create a defined applicant lifecycle that facilitates engagement and re-engagement. |
| 5.29 | Lead/pipeline management - Lead management - Lead sourcing / Leaders and marketers see the effectiveness of lead sources given the probability of sourced leads converting to hires. The system indicates source effectiveness. | Config / Reporting / PowerBI | Config | The rules engine and dashboards will be used to show the effectiveness of the lead sources. |
| 5.30 | Lead/pipeline management - Lead management - Work spent / Leaders see the work spent on leads and applicants in order to measure processor effectiveness. The system quantifies the effort for benchmark comparisons. | Config / Reporting / PowerBI | | The rules engine and dashboards will be used to show processor effectiveness. |
| 5.84 | Lead/pipeline management - Pipeline Management - Employment verification - automation / The system automatically requests previous employment verifications given the proper releases have been received from the applicant and the process to verify the previous employment is documented. | Config | Config | The rules engine will allow previous employment verifications to be used if the proper releases have been received. |
| 5.74 | Lead/pipeline management - Pipeline Management - Employment verification - documented previous employer process / Processors can see how previous employers verify previous employment given there is a standard way to verify. The system informs how the employer verifies. | Config | Config | Verification methods will be stored in account records for employers. |
| 5.73 | Lead/pipeline management - Pipeline Management - Employment verification - email ability / Processors can email employment verification requests to previous employers given emailing is the way the previous employer accepts verification requests. The system can email the request. | Config | | Email templates will be configured to request employment verification from previous employers. |
| 5.72 | Lead/pipeline management - Pipeline Management - Employment verification - fax ability / Processors can fax employment verification requests to previous employers given faxing is the way the previous employer accepts verification requests. The system can fax the request. | Config / Integration | Config | Dynamics 365 can integrate with various Fax Servers. Exact details are TBD. |
| 5.75 | Lead/pipeline management - Pipeline Management - Lead distribution / The system allows for flexibility in lead distribution given not all processors demonstrate the same processing capacity. | Config | Config | The rules engine can be figured to account for processor capacity |
| 5.51 | Lead/pipeline management - Pipeline Management - Position attribute(s) change(s) / Processors see when position attribute(s) change(s) when the change(s) occur(s). The system informs of the change(s). | Config | Config | The workflow engine will notify appropriate users of position attribute changes. |
| 5.50 | Lead/pipeline management - Pipeline Management - Position status changes / Processors see when positions open and close given the opening or closing could impact their lead or applicant when the position opens or closes. The system informs of the change. | Config | Config | The workflow engine will allow notify appropriate users when a position opens or closes. |
| 5.40 | Lead/pipeline management - True Priority - Recruiting priority / Leader(s) objectively understand the urgency to fill position(s) given the relative cost to the company of each opening and market conditions. The system provides the information required to plan where to focus recruiting capacity. | Config / Reporting / PowerBI | Config | The rules engine will be configured to properly score high priority positions and dashboards will allow leaders to view by openings by market, by difficulty to fill and by [unreadable] |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

# Must Have Requirements

| Ref | Business Requirements | Config / Integration | |
|---|---|---|---|
| 5.52 | Marketing – Lead generation – Integration(s) - 1 | Marketers have a system that integrates with marketing automation software given marketing automation software specializes in finding and engaging leads when there is a hiring need or anticipated hiring need. The system provides an integration to pass the required data back and forth. | Config / Integration | Dynamics 365 integrates with a wide range of Marketing automation systems |
| 5.55 | Marketing – Lead generation – Integration(s) - 2 | Marketers have a system that integrates with the company website on the Kentico platform given the need to allow for organic interest when there is a hiring need, then the system provides an integration to pass the required data back and forth. | Config / Integration | Dynamics 365 will be integrated with the Content Management System. |
| 5.71 | Policies/procedures – System security – Secure Personally Identifiable Information (PII) | Applicant PII provided during the recruiting and application process is secure given the damage that could occur should this information fall into unscrupulous hands. The system ensures only those with roles requiring visibility can see the applicant's PII. | Config | Dynamics 365 provides a robust role-based security architecture that can secure visibility and permitted actions at multiple levels including business unit, team, user, record and field). Dynamics 365 can also mask data as required. All data in Dynamics can be encrypted at rest and in motion |
| 5.66 | Policies/procedures – System security – Security access | System administrators can grant and restrict access as appropriate given the user's role when setting the user up. The system allows for the appropriate access to be granted. | Config | Dynamics 365 provides a robust role-based security architecture that can secure visibility and permitted actions at multiple levels including business unit, team, user, record and field. Dynamics 365 can also mask data as required. All data in Dynamics is encrypted at rest and in motion. |
| 5.27 | Position management – Job management – One job to manage with multiple pathways | Position managers manage one job description given there could be multiple hiring pathways when filling. The system accommodates multiple hire paths without the need to manage duplicate positions. | Config | Dynamics 365 and the rules engine will be configured to allow the position managers to manage one job description even though multiple hiring pathways might be needed. |
| 5.12 | Training – Core training – Training resources | Processors, managers, position managers, interviewers, leaders and 3rd parties have an easy way to get questions answered given the locating and consuming of content is intuitive. When there are questions, it is easier to search than ask someone. | Config | Dynamics 365 provides an extensive knowledge base that can be used for both internal and external queries. In addition, using Unified Service Desk, individuals can be prompted with task specific Q&A or SOP guides as required |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663



## Must Have User Stories

| Theme/Sub theme | Epic Title | Feature Title | User Story Title | User Story (As a.....I want to....so that....) | Acceptance Criteria (Given....when...then/I expect....) | Applicable Business Rules (optional) | Role(s) | Kano category | Factor |
|---|---|---|---|---|---|---|---|---|---|
| Application Process - Auto-Qualification | | Auto-Qualification | Exception management | As an [processor], I WANT exception applications brought to my attention | GIVEN the combined information from the applicant, previous employers and consumer reports associated with the application          WHEN the application is assigned to me          THEN the system will display the necessary information for my review. | Applicants are required to meet JBHT minimum hiring requirements and DOT requirements (if applicable). JBHT minimum requirements vary based on Business Unit and/or position. | Processor | Must | 25% |
| Application Process - Auto-Qualification | Application Process | Auto-Qualification | Application approved prior to hire | As an [applicant], I WANT to know I am approved | GIVEN the information verified during the completed background check          BEFORE my start date THEN I know I can start work on my start date. | Background checks to be completed prior to applicant starting work. | Applicant | Must | 25% |
| Application Process - Auto-Qualification | Application Process | Auto-Qualification | Hired into agreed upon position | As an [applicant], I WANT to be hired into the agreed upon position | GIVEN the position that I qualify for          WHEN the application taken and background completed THEN I know I am getting the position I want. | Applicants are required to meet JBHT minimum hiring requirements and DOT requirements (if applicable). JBHT minimum requirements vary based on Business Unit and/or position. | Applicant | Must | 25% |
| Application Process - Hiring requirements | Application Process | Hiring requirements | Clear hiring requirements | As an [applicant], I WANT to clearly understand the hiring requirements | GIVEN the information provided by the company WHEN evaluating position(s)   THEN I understand what is needed to qualify. | Example: Applicants for driving positions must live within the hiring radius (calculated in driving miles). | Applicant | Must | 20% |
| Application Process - Hiring requirements | Application Process | Hiring requirements | Consistent hiring requirements | As an [processor], I WANT consistent hiring requirements | GIVEN what is required by DOT (if applicable), company policy and the assigned position          WHEN processing an application assigned to me THEN I understand whether the applicant qualifies. | Applicants are required to meet JBHT minimum hiring requirements and DOT requirements (if applicable). JBHT minimum requirements vary based on Business Unit and/or position. Example: Applicants for driving positions must live within the hiring radius (calculated in driving miles). | Processor | Must | 20% |
| Application Process - Interview process | Application Process | Interview process | Add manager interview to hiring process | As an [position manager], I WANT to be able to add a [manager] interview to the hiring process | GIVEN that the position meets the requirements to have the additional step WHEN necessary          THEN the manager is part of the selection process | JBHT has positions where Operations requires a face-to-face or phone interview during the selection process. | Position manager | Satisfier | 100% |
| Application Process - Interview process | Application Process | Interview process | Relevant and compliant interview questions | As an [interviewer], I WANT interview questions that are relevant | GIVEN they are approved by HR Compliance/Legal WHEN I interview candidates          THEN the candidate's answers are used to determine the best qualified candidate for my opening. | Scoring reportable for OFCCP compliance. Testing and/or assessments validated to the JBHT position. Adjustable to eliminate disparate impact. | Interviewer | Must | 100% |
| Application Process - Interview process | Application Process | Interview process | Post interview next steps - Interviewer | As an [interviewer], I WANT it to be clear what is next | GIVEN that a decision has been made whether the candidate passed or failed the interview          WHEN the interview is complete          THEN next steps are communicated. | | Interviewer | Must | 100% |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## J.B. HUNT — Must Have User Stories

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Application Process – LMS (Learning Management System) | Application Process | LMS (Learning Management System) | Online training | As an [applicant], I WANT the ability to take online training prior to onboarding | GIVEN that I have internet access WHEN the training provides the company's expectations customized for the selected position THEN I have a clear understanding of those expectations after completion. | Currently integrated with Instructional Technologies Inc (ITI) using their Sentix product. | Applicant | Satisfier | 50% |
| Application Process – Manual Review | Application Process | Manual Review | Management review | As an [processor], I WANT a management review process | GIVEN there are times when a decision is not clear cut WHEN I need help THEN the system provides a management review process. | | Processor | | |
| Application Process – Onboarding process | Application Process | Onboarding process | Report to work | As an [applicant] I WANT to know where and when to report for work | GIVEN that my background, online training and safety pre-hire process is complete WHEN I have passed all areas THEN the system presents when and where to report for work and the items I need to bring. | Employee applicants are required to produce I9 documentation and applicants are advised to bring items based on their employment type. (Employee, I/C, Lease Purchase and Contingent worker) | Applicant | Must | 0% |
| Application Process – Onboarding process | Application Process | Onboarding process | Location management | As an [position manager] and [system administrator] I WANT to manage location information | GIVEN the need to communicate where to report for work WHEN applicant meets the requirements of user story [report to work] THEN the system has the ability to create and update worksite and terminal locations. | | Position manager, system administrator | | |
| Application Process – Onboarding process | Application Process | Onboarding process | Scheduling | As an [manager], I WANT my work schedule taken into account | GIVEN onboarding new hires is only part of my role WHEN a new hire is scheduled to report for work THEN the system ensures I am available before scheduling | Currently using MS Outlook. | Manager | | |
| Application Process – Onboarding process | Application Process | Onboarding process | Dispatch ability | As an [manager], I WANT a new hire I can dispatch | GIVEN that they meet user story [Report to work] and showed up to the worksite presenting the required documentation WHEN my new hire has completed operations onboarding training THEN the Operations system allows my new hire to be dispatched | | Manager | Must | 0% |
| Application Process – Onboarding process | Application Process | Onboarding process | Integration | As an [position manager] and [manager], I WANT my new hire hired into the correct position within Workday | GIVEN that Workday is the HCM WHEN the new hire reports to work THEN the system ensures the new hire is hired in Workday. | | Position manager, manager | | |
| Application Process – Online application/profile center | Application Process | Online application/profile center | Online application create/update | As an [applicant], I WANT the ability to create/update an online application | GIVEN that I have internet access WHEN I am interested in pursuing opportunity(s) with the company THEN the system presents in a clear and intuitive format that my device supports the information I must complete to submit my application. | Online application includes necessary releases with ability to electronically sign necessary releases to initiate/complete background process. | Applicant | Must | 24% |
| Application Process – Online application/profile center | Application Process | Online application/profile center | Over the phone application create/update | As an [applicant], I WANT the ability for a [processor] to take an over the phone application | GIVEN that I am unable to complete the online application WHEN I am interested in pursuing opportunity(s) with the company THEN the [processor] can complete an over the phone application for me. | Necessary releases to initiate/complete the background process would need to be signed by the applicant. System needs the capability to fax and email required releases for applicants who cannot complete online. | Applicant | | |
| Application Process – Online application/profile center | Application Process | Online application/profile center | Application received notification | As an [applicant], I WANT to know my online application is received | GIVEN that I completed the required information WHEN I submitted the online application THEN the system will inform me that the application has been received along with next steps. | | Applicant | Must | 24% |
| Application Process – Online application/profile center | Application Process | Online application/profile center | Applicant Data Record (ADR) | As an [leader], I WANT the Applicant Data Record (ADR) presented to the [applicant] as part of the application process | GIVEN that it conforms to current laws regarding language and timing WHEN the applicant completes the application THEN the system presents the ADR to the [applicant] to complete. | Reportable for OFCCP compliance. | Leader, applicant | | |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## J. B. HUNT — Must Have User Stories

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Application Process - Online application/profile center | Application Process | Online application/profile center | Veteran status | As an [leader], I WANT the request of Veteran status presented to the [applicant] as part of the application process | GIVEN that it conforms to current laws regarding language and timing WHEN the applicant completes the application THEN the system presents to the [applicant] to complete. | | Leader, applicant | |
| Application Process - Online application/profile center | Application Process | Online application/profile center | Voluntary self-identification of disability | As an [leader], I WANT the Voluntary self-identification of disability presented to the [applicant] as part of the application process | GIVEN that it conforms to current laws regarding language and timing WHEN the applicant completes the application THEN the system presents to the [applicant] to complete. | | Leader, applicant | |
| Application Process - Online application/profile center | Application Process | Online application/profile center | Profile center access | As an [applicant], I WANT to see the status of my application | GIVEN that I created the account                 WHEN I created/updated my submitted online application THEN the system allows me to see my application status and tasks pending my action. | | Applicant | Satisfier | 24% |
| Application Process - Online application/profile center | Application Process | Online application/profile center | Profile center interaction | As an [applicant], I WANT to interact directly | GIVEN that I have something to communicate or attach WHEN presented with task[s] requiring my action THEN the system allows me to provide around my schedule. | Applicants are sometimes required to provide explanations/documentation during the background process (Examples: Tax docs, accident reports, copy of license, copy of medical card ..etc.) | Applicant | Satisfier | 24% |
| Application Process - Pipeline Management | Application Process | Pipeline Management | Accurate pipeline conversion data | As an [position manager], I WANT to see the forecasted number of hires for my position | GIVEN the number of applicants in the pipeline compared to the need   WHEN historical data is available          THEN the system monitors ensuring that only the necessary number of applicants are in the pipeline to meet the need. | | Position manager | Satisfier | 50% |
| Application Process - Rehire process | Application Process | Rehire process | Rehire eligibility | As an [processor], I WANT to see whether an applicant is eligible for rehire | GIVEN their previous work history with the company WHEN a new application is received THEN the system will display whether the applicant is eligible for rehire with the company and the position interested in. | Accommodate workmen's compensation review process information as well. | Processor | Must | 75% |
| Application Process - Travel/Accommodations | Application Process | Travel/Accommodations | Travel order ability | As an [processor], I WANT the ability to order travel for the applicant | GIVEN the applicant meets the requirements for user story [report to work] and requires travel assistance to the reporting location WHEN the applicant needs it THEN the system allows ordering and receiving travel information. | Examples: Bus, airline. | Processor | | |
| Application Process/Workday Pre-hire access | Application Process | Workday Pre-hire access | Benefits | As an employee [applicant], I WANT the ability to elect benefits prior to my hire date | GIVEN that I have internet access              WHEN the user story [report to work] is met THEN the system facilitates my selection of benefits within Workday | | Applicant | Must | |
| Application Process/Workday Pre-hire access | Application Process | Workday Pre-hire access | Direct Deposit | As an [applicant], I WANT the ability to setup Direct Deposit prior to my hire date | GIVEN that I have internet access              WHEN the user story [report to work] is met THEN the system facilitates setting up my Direct Deposit within Workday | | Applicant | Must | |
| Application Process/Workday Pre-hire access | Application Process | Workday Pre-hire access | I-9 | As an employee [applicant], I WANT the ability to complete Section 1 of the I-9 prior to my hire date | GIVEN that I have internet access              WHEN the user story [report to work] is met THEN the system facilitates my completing Section 1 of the I-9 within Workday | | Applicant | Must | |
| Application Process/Workday Pre-hire access | Application Process | Workday Pre-hire access | Work Opportunity Tax Credit (WOTC) | As an employee [applicant], I WANT the ability to complete WOTC prior to my hire date | GIVEN that I have internet access              WHEN the user story [report to work] is met THEN the system facilitates my completing WOTC. | | Applicant | Must | |
| Benefits/Perks - JBHT systems management | Benefits/Perks | JBHT systems management | Admin configuration | As an [system admin], I WANT a configurable system | GIVEN I have the appropriate security access WHEN changes are required of the recruiting process THEN the system allows me to update instead of waiting on a programmer to code. | Example: Ability to create and manage process flows without code. | System admin | Satisfier | 100% |
| Benefits/Perks - JBHT systems management | Benefits/Perks | JBHT systems management | Mass update ability | As an [system sdm], I WANT the ability to mass update data | GIVEN data cleansing needs occur WHEN those needs occur THEN the system allows for the mass update of data. | Example: CRM Fusion Demand Tools. | System administrator | | |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

**J.B. HUNT** — Must Have User Stories

| Benefits/Perks - JBHT systems management | Benefits/Perks | JBHT systems management | Mass import/export application ability | As an [system adm], I WANT the ability to mass import and export applications | GIVEN the need to fast track acquisition hires WHEN acquiring business THEN the system provides an expedited process. | | System administrator | | |
|---|---|---|---|---|---|---|---|---|---|
| CDP structure/compensation - Aligned to Strategy | CDP structure/compensation | Aligned to Strategy | Scorecard | As an [processor], I WANT to see my performance in real time | GIVEN the KPI's of my role WHEN it relates to the department hiring strategy "efficiently hiring the safest, best qualified drivers in the industry fulfilling Operations' needs as quickly as possible"   THEN the system will display my performance | | Processor | Must | 29% |
| CDP structure/compensation - Aligned to Strategy | CDP structure/compensation | Aligned to Strategy | Department scorecard | As an [leader], I WANT to see my department's performance in real time | GIVEN the KPI's of the roles that make up the department   WHEN it relates to the department hiring strategy "efficiently hiring the safest, best qualified drivers in the industry fulfilling Operations' needs as quickly as possible"   THEN the system will display departmental performance in a high level view with drill down to functional areas. | | Leader | Must | 29% |
| CDP structure/compensation - Aligned to Strategy | CDP structure/compensation | Aligned to Strategy | Reporting and dashboards | As an [leader] or [system administrator], I WANT system data available for export/API feed | GIVEN the need to report on departmental performance WHEN requested THEN the system allows for the data to be exported/API. | Example: Power BI | Leader, system administrator | | |
| CDP structure/compensation - Correct vendor pay | CDP structure/compensation | Correct vendor pay | 3rd party pay | As an [3rd party], I WANT to be paid accurately and timely | GIVEN that I have a working agreement with the company   WHEN I have fulfilled the requirements for payment THEN the system will ensure that I am compensated correctly according to the contract. | | 3rd party | Must | 0% |
| CDP structure/compensation - Reward | CDP structure/compensation | Reward | CDP employee pay | As an [processor], I WANT to be paid accurately and timely | GIVEN the expectations laid out to me in my role WHEN I have met or exceeded the KPI's of my role as it relates to department strategy   THEN the system will ensure that I am compensated correctly in a timely manner for my efforts. | Integrates with Workday Payroll | Processor | Must | 25% |
| CDP structure/compensation - Team | CDP structure/compensation | Team | Workflow - manual task creation | As an [processor] or [manager], I WANT the ability to create tasks within the system | GIVEN the need to follow up WHEN follow up would be best handled with a task THEN the system allows me to create a task. | Includes notifications and reminders of task. | Processor, leader | | |
| Communication (non-marketing) - Clear job description/details | Communication (non-marketing) | Clear job description/details | Creating/updating job description | As an [manager], I WANT to create/update the job description for my opening[s] | GIVEN that I have the best understanding of the requirements of the job WHEN I have opening[s] that I need to fill   THEN the system allows me to communicate this information for recruitment efforts. | Example: Applicants for driving positions must live within the hiring radius (calculated in driving miles). | Manager | Must | 33% |
| Communication (non-marketing) - Clear job description/details | Communication (non-marketing) | Clear job description/details | Marketing input | As an [marketer], I WANT to modify the job description | GIVEN that the format should differ based on advertising media   WHEN attracting prospects THEN the system allows these changes while ensuring it aligns with the full job description and user stories [Consistent communication]; [Accurate job description]; [Onboarding] | | Marketer | Must | 33% |
| Communication (non-marketing) - Clear job description/details | Communication (non-marketing) | Clear job description/details | Reviewing job description | As an [applicant], I WANT a clear and concise job description | GIVEN that it represents what is important in determining my interest WHEN I am reviewing position options   THEN the system displays the results. | | Applicant | Must | 33% |
| Communication (non-marketing) - Clear job description/details | Communication (non-marketing) | Clear job description/details | Consistent communication | As an [applicant], I WANT a consistent job description | GIVEN that it represents what is important in determining my interest WHEN I discuss with [processor]   THEN the system displays one consistent job description. | | Applicant | Must | 33% |
| Communication (non-marketing) - Clear job description/details | Communication (non-marketing) | Clear job description/details | Accurate job description | As an [applicant], I WANT the job to align with the job description | GIVEN that it represents what was important in my decision   WHEN deciding to come to work THEN there are no surprises. | | Applicant | Must | 33% |
| Communication (non-marketing) - Clear job description/details | Communication (non-marketing) | Clear job description/details | Onboarding | As an [manager], I WANT my new hire to have a firm understanding of the job | GIVEN that I provided the details of the job   WHEN starting the recruitment process   THEN I have a new hire that wants to work | | Manager | Must | 33% |
| Communication (non-marketing) - Correct driver pay | Communication (non-marketing) | Correct driver pay | Actual pay | As an [hire], I WANT my actual pay to be in line with what I was told during the application process | GIVEN user story [Expected pay confirmation] WHEN I start getting paid THEN there are no surprises. | | Hire | Must | 67% |
| Communication (non-marketing) - Correct driver pay | Communication (non-marketing) | Correct driver pay | Ability to answer new hire pay questions | As an [manager], I WANT the information necessary to answer pay questions | GIVEN user story [Expected pay confirmation] and [Deeper previous employment verification required] (if applicable)   WHEN a [hire] has questions THEN the system provides the necessary information to answer. | | Manager | Must | 67% |
| Communication (non-marketing) - Driver Advocate (single POC) | Communication (non-marketing) | Driver Advocate (single POC) | Feeling valued | As an [applicant], I WANT to feel valued | GIVEN that I am a person seeking employment WHEN contacted by [processor]   THEN the system will facilitate a personal interaction. | | Applicant | Must | 50% |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

**J.B. HUNT — Must Have User Stories**

| Category | Sub-category | Area | Feature | User Story | Description | Notes | Role | Priority | % |
|---|---|---|---|---|---|---|---|---|---|
| Communication (non-marketing) - Driver relationship management | Communication (non-marketing) | Driver relationship management | Hiring process integrity | As an [applicant], I WANT requests that [processor] agrees to honor | GIVEN that is an indication of the integrity of the company WHEN I make a request that [processor] says will be accommodated THEN the system will facilitate honoring the commitment. | | Applicant | Must | 22% |
| Communication (non-marketing) - Interview process | Communication (non-marketing) | Interview process | Interview planning | As an [interviewer], I WANT my work schedule taken into account | GIVEN interviewing is only a part of my role WHEN an interview is scheduled THEN the system ensures I am available before scheduling. | Currently using MS Outlook for calendar functionality. | Interviewer | Satisfier | 40% |
| Communication (non-marketing) - Operations Advocate (single POC) | Communication (non-marketing) | Operations Advocate (single POC) | Efficient recruiting process contact | As an [manager], I WANT a [position manager] that can update and answer my questions regarding the status of filling my opening | GIVEN the requirements that were provided WHEN I ask THEN the system readily has the required information. | | Manager | Must | 100% |
| Communication (non-marketing) - Single system | Communication (non-marketing) | Single system | Application status | As an [processor], [manager], [position manager], [interviewer], [leader] OR [3rd party], I WANT to know the application status | GIVEN my role in the recruiting and hiring process WHEN I am involved with an applicant THEN the system informs me of status in the process including items necessary to complete the process. | | Processor, manager, position manager, interviewer, leader, 3rd party | Satisfier | 43% |
| Communication (non-marketing) - Workflow | Communication (non-marketing) | Workflow | Specialized needs | As an [manager], I WANT to know special needs of the applicant | GIVEN information received during the application process WHEN the applicant meets user story [report to work] THEN the system provides the information for me to plan. | Example: Hazmat within X timeframe. Switching license over to state of residence within 30 days. Criminal follow up-payment plan for charge. | Manager | Must | 50% |
| Communication (non-marketing) - Workflow | Communication (non-marketing) | Workflow | Integration(s) - 2 | As an [processor], I WANT a system that integrates with the drug screening vendor | GIVEN the need to schedule drug screens as a requirement to user story [report to work] WHEN applicants grant permission to schedule THEN the system provides integrations to pass the required data back and forth. | Examples: Workforce QA (existing vendor) and eScreen. | Processor | | |
| Communication (non-marketing) - Workflow | Communication (non-marketing) | Workflow | Ability to text | As a [processor], I WANT the ability to text [leads] and [applicants] | GIVEN some [leads] and [applicants] are more apt to respond to a text than other forms of communication WHEN I need to contact the [lead] or [applicant] THEN the system provides the ability to send and receive texts in near real-time. | | Processor | | |
| Communication (non-marketing) - Workflow | Communication (non-marketing) | Workflow | Ability to email | As a [processor], I WANT the ability to email [leads] and [applicants] | GIVEN some [leads] and [applicants] are more apt to respond to an email than other forms of communication WHEN I need to contact the [lead] or [applicant] THEN the system provides the ability to send and receive emails. | | Processor | | |
| Communication (non-marketing) - Workflow | Communication (non-marketing) | Workflow | Click-to-dial | As a [processor], I WANT the ability to click-to-dial lead and applicants phone numbers | GIVEN it takes time to manually dial a number WHEN I need to contact the [lead] or [applicant] THEN I want ability to click-to-dial the number from the UI. | Current HMI/SCADA provider is CIMplicity and current telecommunications platform is CISCO. | Processor | | |
| Communication (non-marketing) - Workflow | Communication (non-marketing) | Workflow | Templates | As an [system admin], I WANT the ability to create communication templates | GIVEN the common needs WHEN reaching out to [leads] and [applicants] THEN the system allows the ability for text and email templates for [processor] use. | | System admin, processor | | |
| Communication (non-marketing) - Workflow | Communication (non-marketing) | Workflow | Automated logging | As a [processor], I WANT my communication with [leads] and [applicants] automatically logged within the system | GIVEN calls, email and text communication with the [leads] and [applicants] WHEN the communication occurs THEN the system allows for automated logging for outbound and inbound communication. | MS Outlook and Marketing automation information | Processor | | |
| Communication (non-marketing) - Workflow | Communication (non-marketing) | Workflow | Opt Out | As a [lead] or [applicant], I WANT the ability to opt out of communication | GIVEN calls, email and text communication WHEN I request to be opted out of 1 or more forms of communication THEN the system allows for my request(s) to be fulfilled. | | Lead, applicant | | |

©2019 – Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

# J.B. HUNT — Must Have User Stories

| | | | | As a... / I WANT | GIVEN | Notes | Persona | MoSCoW | % |
|---|---|---|---|---|---|---|---|---|---|
| Communication (non-marketing) - Workflow | Communication (non-marketing) | Workflow | Integration(s) - 1 | As an [processor], I WANT a system integrating with the company's HMI and SCADA provider and telecommunications platform | GIVEN the importance of accurately logging communication   WHEN communicating with [prospects], [leads] and [applicants]   THEN the system provides integrations to pass the required data back and forth. | Current HMI/SCADA provider is CIMplicity and current telecommunications platform is CISCO. | Processor | | |
| Driver qualification placement (Recruitment "quality") - Application Decision | Driver qualification placement (Recruitment "quality") | Application Decision | Documentation | As an [processor], I WANT to know the details of rejected applications | GIVEN the information on file during the application WHEN it was compared to user story [Consistent hiring requirements] at the time of decision THEN the system will provide detailed and accurate information regarding the decision. | Reportable for OFCCP compliance. Current ILM rules: Driver Hired – Purge non-Core information 6 years after each service termination date. Purge Core information 10 years after each service date. Driver No - Hire – Purge non-Core information 3 years after end of calendar year of application date. Purge Core information 10 years after end of calendar year of application date. | Processor | Satisfier | 100% |
| Driver qualification placement (Recruitment "quality") - Application Decision | Driver qualification placement (Recruitment "quality") | Application Decision | Adverse Action process | As an [applicant], I WANT the right to review consumer reports pulled during the background check for accuracy | GIVEN my rights to dispute adverse decisions WHEN a result in whole or part from information received from a consumer report THEN the system provides a legally compliant Adverse Action process. | FCRA compliant. | Applicant | | |
| Driver qualification placement (Recruitment "quality") - Consumer reports | Driver qualification placement (Recruitment "quality") | Consumer reports | Integration(s) | As an [processor], I WANT the system integrated with consumer reporting agency(s) | GIVEN the ordering and receiving of consumer reports is required   WHEN processing an application THEN the system allows for the ordering and receiving of consumer reports within it. | Examples:  DriveriQ, NIC | Processor | | |
| Driver qualification placement (Recruitment "quality") - Job alerts | Driver qualification placement (Recruitment "quality") | Job alerts | Internal transfer opportunities | As an existing [employee], [independent contractor], [lease purchase] I WANT to see available positions | GIVEN the position is open for internal recruitment WHEN I meet user story [Consistent hiring requirements]   THEN the system allows me to apply. | | Employee, Independent contractor, Lease Purchase | Must | 100% |
| Driver qualification placement (Recruitment "quality") - Position match | Driver qualification placement (Recruitment "quality") | Position match | Best position match | As an [applicant] I WANT to be matched to the best position | GIVEN my interests WHEN meeting user story [Consistent hiring requirements] based on all information on file THEN the system presents the results with best match first. | | Applicant | Satisfier | 50% |
| Hiring costs - Lead generation | Driver referral | Referral submission | Submission confirmation | As an [employee], [independent contractor], [lease purchase], I WANT to know my referral was received | GIVEN I have submitted the referral properly WHEN the referral is submitted THEN the system provides confirmation that my referral has been received. | J.B. Hunt Driver Referral Bonus Policy - last updated 01/31/17.  HR privacy policies. | Employee, Independent contractor, Lease Purchase | Must | |
| Hiring costs - Lead generation | Driver referral | Referral paid | Referral payment confirmation | As an [employee], [independent contractor], [lease purchase], I WANT to know when I'm paid for my referral | GIVEN I have submitted the referral properly WHEN referral payment occurs   THEN the system informs me of what I was paid and for whom. | J.B. Hunt Driver Referral Bonus Policy - last updated 01/31/17.  HR privacy policies. | Employee, Independent contractor, Lease Purchase | Must | |
| Lead/pipeline management - Demand management | Lead/pipeline management | Demand management | Order placement | As an [manager], I WANT my position opened for recruitment efforts | GIVEN the information submitted in the request including user stories [Accurate job description],[Hire to the need]   WHEN I place my order THEN the system ensures that efforts to fill my position begin immediately. | | Manager | Must | 23% |
| Lead/pipeline management - Demand management | Lead/pipeline management | Demand management | Respond to forecast changes | As an [manager], I WANT a dynamic recruitment process | GIVEN the projected effort to fill my position WHEN the hiring forecast changes   THEN the system responds quickly maximizing the chances of filling my position. | | Manager | Must | 23% |
| Lead/pipeline management - Demand management | Lead/pipeline management | Demand management | Internal transfers | As an [manager], I WANT internal transfers incorporated in the hiring process | GIVEN there are internal transfers   WHEN a transfer into my position occurs   THEN the system ensures that is counted as part of user story [Hire to the need]. | | Manager | Must | 23% |
| Lead/pipeline management - Demand management | Lead/pipeline management | Demand management | Responding to changes in need | As an [manager], I WANT the hiring process to respond to changes in my need | GIVEN user stories [Hiring need automation] and/or changes of number of trucks at the account WHEN I indicate a need change THEN the system ensures user story [Hire to the need] still occurs. | | Manager | Must | 23% |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

# J.B. HUNT — Must Have User Stories

| | | | | As a... | GIVEN/WHEN/THEN | Notes | Role | Type | % |
|---|---|---|---|---|---|---|---|---|---|
| Lead/pipeline management - Lead management | Lead/pipeline management | Lead management | Lead sourcing | As an [leader] and [marketer], I WANT to know effectiveness of lead sources | GIVEN the probability of the sourced leads converting to hires WHEN considering where to spend my advertising budget THEN the system indicates source effectiveness. | Business wants source history recorded to maintain visibility of the lead journey as well as [processor] success measured from lead outreach. HR needs outreach tracking to determine source success. | Leader, Marketer | Must | 40% |
| Lead/pipeline management - Lead management | Lead/pipeline management | Lead management | Lead lifecycle | As an [processor], I WANT to engage leads in order of quality | GIVEN a defined lead lifecycle including one record per person WHEN based on the lead lifecycle it is time to engage/re-engage the lead THEN the system will prompt for engagement. | System does not allow for duplicates. One record per person ensuring clean data. Example: Lifecycle of hired vs. termed individual (Internal transfer opportunities vs. if/when to recruit back) | Processor | Must | 40% |
| Lead/pipeline management - Lead management | Lead/pipeline management | Lead management | Work spent | As an [leader], I WANT to know the work spent on an [lead] and [applicant] | GIVEN the need to measure the effectiveness of the [processor(s)] WHEN setting benchmarks for the roles THEN the system quantifies the effort. | | Leader | Must | 40% |
| Lead/pipeline management - Pipeline Management | Lead/pipeline management | Pipeline Management | Lead distribution | As an [leader], I WANT flexibility in lead distribution | GIVEN not all [processor] demonstrate the same processing capacity WHEN the leads are ready for engagement/re-engagment THEN the system takes into processor skill and business rules during distribution. | | Leader | Satisfier | 20% |
| Lead/pipeline management - Pipeline Management | Lead/pipeline management | Pipeline Management | Position status changes | As a [processor], I WANT to know when positions open and close | GIVEN the opening or closing could impact my [lead] or [applicant] WHEN the position opens or closes THEN the system informs of the change. | | Processor | | |
| Lead/pipeline management - Pipeline Management | Lead/pipeline management | Pipeline Management | Position attribute(s) change(s) | As a [processor], I WANT to know when the position attribute(s) changes(s) | GIVEN the change(s) could impact my [lead] or [applicant] WHEN the change(s) occur(s) THEN the system informs of the change(s). | | Processor | | |
| Lead/pipeline management - Pipeline Management | Lead/pipeline management | Pipeline Management | Employment verification - fax ability | As a [processor], I WANT the ability to fax employment verification requests to previous employers | GIVEN faxing is the way the previous employer accepts verification requests WHEN I need to verify previous employment THEN the system can fax the request. | | Processor | | |
| Lead/pipeline management - Pipeline Management | Lead/pipeline management | Pipeline Management | Employment verification - email ability | As a [processor], I WANT the ability to email employment verification requests to previous employers | GIVEN emailing is the way the previous employer accepts verification requests WHEN I need to verify previous employment THEN the system can email the request. | | Processor | | |
| Lead/pipeline management - Pipeline Management | Lead/pipeline management | Pipeline Management | Employment verification - documented previous employer process | As a [processor], I WANT known ways to verify previous employment with an employer documented | GIVEN there is a standard way to verify WHEN I have an [applicant] needing previous verification from the employer THEN the system informs me of how the employer verifies. | | Processor | | |
| Lead/pipeline management - Pipeline Management | Lead/pipeline management | Pipeline Management | Employment verification - automation | As a [processor], I WANT the system to automatically request previous employment verifications | GIVEN the proper releases have been received from the applicant WHEN user story [Employment verification - documented previous employer process] is met THEN the system automatically requests the previous employment verification(s). | | Processor | | |
| Lead/pipeline management - True Priority | Lead/pipeline management | True Priority | Recruiting priority | As an [leader] I WANT to objectively understand the urgency to fill | GIVEN the relative cost to the company of each opening and market conditions WHEN focusing my recruitment capacity THEN the system makes clear where the recruiting focus needs to be. | | Leader | Must | 25% |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## J.B. HUNT — Must Have User Stories

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Marketing - Lead generation | Marketing | Lead generation | Integration(s) - 1 | As an [marketer], I WANT the system integrated with marketing automation software | GIVEN marketing automation software specializes in finding and engaging leads          WHEN there is a hiring need or anticipated hiring need THEN the system provides an integration to pass the required data back and forth. | Examples: Marketing Cloud, Marketo. | Marketer | | |
| Marketing - Lead generation | Marketing | Lead generation | Integration(s) - 2 | As an [marketer], I WANT the system integrated with the content management system powering the career site | GIVEN the need to allow for organic interest WHEN there is a hiring need THEN the system provides an integration to pass the required data back and forth. | Kentico platform | Marketer | | |
| Policies/procedures - System security | Policies/procedures | System security | Security access | As an [system administrator], I WANT the ability to grant and restrict access as appropriate | GIVEN the user's role WHEN setting the user up THEN the system allows for the appropriate access to be granted. | | System administrator | | |
| Policies/procedures - System security | Policies/procedures | System security | Secure Personally Identifiable Information (PII) | As an [applicant], I WANT the personal information provided during the recruiting and application process secure | GIVEN the damage that could occur should this information fall into unscrupulous hands WHEN I provide PII during the recruiting and application process THEN the system ensures only those with roles requiring visibility can see my PII. | Maintain compliance with CCPA PIPDA GDPR and DPPA and other state regulations. | Applicant | | |
| Position management - Job management | Position management | Job management | One job to manage with multiple pathways | As an [Position manager], I WANT to manage one job description | GIVEN there could be multiple hiring pathways WHEN filling      THEN the system accommodates multiple hire paths without the need to manage duplicate positions. | | Position manager | Must | 0% |
| Training - Core training | Training | Core training | Training resources | As an [processor], [manager], [position manager], [interviewer], [leader] OR [3rd party], I WANT an easy way to get my questions answered | GIVEN the locating and consuming of content is intuitive WHEN I have a question THEN it is easier to search a system than ask someone. | Not necessarily the full system solution. (Example: Sharepoint FAQ site?) | Processor, manager, position manager, interviewer, leader, 3rd party | Must | 33% |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

# 10  APPENDIX B - SATISFIER-DELIGHTER SUMMARY



## Satisfier-Delighter Requirements

| Ref SD | Business Requirements Innovation | MVP | D365 CE | D365 CE Portal | North 52 Rules Engine | Implementation Options |
|---|---|---|---|---|---|---|
| Application Process - Auto-Qualification | As an applicant, I want to understand whether I meet the requirements to work given the information provided when I submitted my application and any information previously on file then the system will display the results. | x | Config | Config | Config | 1. At application submission, D365 rules engine will process application data and the portal will display a Requirements Met or Not Met indicator. 2. As the applicant enters the information, the portal will display requirements met. |
| Application Process - Driver relationship management | As an applicant, I want to be confident given the information requested of me and/or communicated to me when my processor reaches out is necessary and up-to-date then I know the company is considerate of my time. | x | Config | Config | N/A | The proposed system will provide a complete up-to-date record of the applicant's profile in Dynamics. The applicant will be able to use the portal to view and/or edit application information. The processor will be access the same data within D365 to keep the process in sync. |
| Application Process - Hiring experience feedback | As an applicant, I want to know that my hiring experience feedback given to the company when solicited from me is acted upon immediately then I know that the company is committed to improving my hiring experience. | x | Config | Config | N/A | The portal will allow the applicant to enter hiring experience feedback.  This feedback will be stored on the Dynamics 365 applicant record and flagged so that the appropriate role at JBHT can act on the feedback. JHBT can then provide a response to the feedback within Dynamics 365.  That feedback will show on the Portal for the applicant and can also be emailed to the applicant if desired. |
| Application Process - Hiring requirements | As an auditor, I want DOT compliant driver files given that all required DOT documents (if applicable) are automatically indexed into the applicant's file when they are received then I can focus on auditing instead of indexing. | x | Config | Config | Config | Auditors can review the DOT document tasks within the applicant record to audit accuracy and status. |
| Application Process - LMS (Learning Management System) | As an applicant, I want a "world class" experience given that I am assigned online training when I am taking and completing training then the system presents in a clear and intuitive format that my device supports | x | Config | Config | | The LMS Onboarding task will provide a link to the LMS system. |
| Application Process - Online application/profile center | As an applicant , I want to know when something is needed from me given I have user story Profile center access when task(s) are added requiring my action then the system prompts me in real time allowing for user story Profile center interaction | x | Config | | | 1. "Required of Applicant" attribute available 2. When required, applicant will be notified by email (To help expedite, suggest we offer to be notified by text as well) 3. Required tasks visual with guided prompts when applicant logs in |
| Application Process - Pipeline Management | As a processor, I want to know when to go further back to verify previous employment given the additional verifications could increase the applicant's pay when the results of the background check does not yield the pay the applicant expects then the system will prompt to go further back in the applicant's history. | x | Config | | Config | Rules will drive N52 engine to assist processors and prompt when additional steps are needed. |
| Application Process - Pipeline Management | As an applicant, I want notification of the pay I qualify for given the results of the completed background when I meet the following: user story title report to work then the system informs me of the pay I can expect. | x | Config | | Config | N52 rules engine will calculate the targeted pay/pay range based on the position and applicant qualifications per calculation rules. |
| Application Process - Travel/Accommodations | As an applicant, I want to onboard at my work location given I meet requirements for user story report to work other then the work location is within driving distance  then I do not have to travel by bus or plane. | x | Config | Config | Config | D365 integration with Bing maps will retrieve route mileage for both applicant and JBHT team use. |
| CDP structure/compensation - Efficiency | As a leader, I want a highly utilized workforce given that the process is designed stripping out inefficiencies in systems and processes when I have to add headcount to align with strategy AND/OR increase AD spend then I see production increase at the same rate. | x | Config | | Config | System design and configurable rules will assist in increasing efficiency and utilization by providing an intuitive interface and automation through workflows and business rules to automate appropriate steps and escalate issues that require user intervention. |
| CDP structure/compensation - Team | As a processor, I want the next task in my workflow pushed to me given how my role fits into the department strategy when the task needs to be completed then the system ensures that tasks are completed in the right order. | x | Config | | Config | 1. Use N52 combined with D365 workflow/Microsoft Flow that model processes that ensure: - timely notification of next steps in process - steps/tasks lagging 2. Look at using SLAs to ensure critical path steps have clear escalation and mitigation options |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663



# Satisfier-Delighter Requirements

| Ref | | | | | | |
|---|---|---|---|---|---|---|
| | **Business Requirements** | | | | | |
| **SD** | **Innovation** | **MVP** | **D365 CE** | **D365 CE Portal** | **North 52 Rules Engine** | **Implementation Options** |
| Communication (non-marketing) - Availability | As an applicant, I want my questions regarding the hiring process answeredgiven those questions are important to my decision to come onboard  when I asked within business hours  then the system will support providing those answers engaging a human when necessary. | X | Config | Config | Config | 1. Provide area on the portal for questions asked - with ability to categorize questions to facilitate routing to correct SME 2. Provide self-help option on portal with FAQ 3. Provide notifications to Processors when a applicant asks a question. |
| Communication (non-marketing) - Availability | As an applicant, I want my questions regarding the hiring process answeredgiven those questions are important to my decision to come onboard when I ask outside business hours then the system will support providing those answers engaging a human when necessary. | X | Config | Config | Config | 1. Provide area on the portal for questions asked - with ability to categorize questions to facilitate routing to correct SME 2. Provide self-help option on portal with FAQ 3. Provide notifications to Processors when a applicant asks a question. |
| Communication (non-marketing) - Driver Advocate (single POC) | As an applicant, I want to know what to expect at the drug testing centergiven the requirement to pass drug screen(s) as part of user story report to work when I go to the drug testing center  then I fulfill the request with no surprises. | X | Config | Config | | 1. Deliver PDF via email template to applicant 2. Display "What to expect next" page on portal once review process progresses to drug testing stage 3. Consider using SMS messages to help communicate next steps and provide links to docs |
| Communication (non-marketing) - Driver Advocate (single POC) | As an applicant, I want to interact with the fewest number of people during the recruitment processgiven the greater that number the more confusing it is when I have a question that needs to be answered then the system facilitates the fewest number of processors who are kept up-to-date with all information I provide, so that I am not repeating myself. | X | Config | | | Through the rules and workflow engines, processes will be automated as much as possible/practical, including exception processing, to minimize the need for human intervention. Chat bot integration will also assist in providing on demand help and process management. |
| Communication (non-marketing) - Hiring experience feedback | As a leader, I want to understand applicants experiencesgiven how far they got in the process when the process ends then the system identifies areas of the process to be reviewed for improvement. | X | Config | | | A PowerBI dashboard will show a summary of activity and feedback to provide the leader with timely information to determine areas for improvement |
| Communication (non-marketing) - Interview process | As an applicant, I want it to be clear what is nextgiven that a decision has been made whether I passed or failed the interview when the interview is complete  then I am aware whether there are other opportunities aligning to [Post interview next steps - Interviewer]. | X | Config | Config | | The applicant portal will show status of the interview process and next steps. Email and / or SMS notifications with links back to the portal (no secure information sent via email or SMS) can also be sent to alert the applicant of a change in the application status. |
| Communication (non-marketing) - Scorecard | As an manager, I want to see my interview statsgiven how I compare to my peers that are interviewing when I'm interviewing for a position then the system will identify outliers in my process. | X | Config | | | A standard view or dashboard will show stats across the interviewers. |
| Communication (non-marketing) - Single system | As an processor, manager, position manager, interviewer, leader OR 3rd party, I want one systemgiven the different roles necessary in the recruiting and hiring process when I am doing may part in the process then my work is housed in the same single system as the other roles. | X | Config | | | Based on a user's assigned security role, which configurable, the user will see all or part of the entire candidate, applicant or position record as appropriate in a single system. The ability to add, update or modify records in governed by the user's security role. |
| Communication (non-marketing) - Single system | As an processor, manager, position manager, interviewer, leader OR 3rd party, I want an accurate systemgiven the large amount of data received during the application process when I interact with the system then the system ensures data is current. | X | Config | Config | | The proposed system will provide a complete up-to-date record of the applicant's profile in Dynamics. The applicant will be able to use the portal to view and/or edit application information. The processor will be access the same data within D365 to keep the process in sync. |
| Communication (non-marketing) - Workflow | As an manager, I want to know the applicable  experience of the applicantgiven the requirements of my position when the applicant meets user story report to work then the system provides the necessary information for me to create a training plan. | X | Config | | | The manager can review the applicant experience via the driver's record in D365. |
| Communication (non-marketing) - Workflow | As an manager, I want a prompt to call the applicantgiven the applicant meets the requirements of user story report to work when they meet those requirements then the system will provide the information I need to call the applicant to start relationship building. | X | Config | | Config | Logical extension of the entire process.  Once applicant has been determined to meet the requirements, the rules engine and workflow will trigger and route appropriate tasks/reminders to a manager to engage |
| Communication (non-marketing) - Workflow | As an manager, I want to know when my position will fillgiven the current recruiting efforts when compared to historical data then the system will provide an estimated date to fill. | | | | | Future phase |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663



# Satisfier-Delighter Requirements

| Ref SD | Business Requirements Innovation | MVP | D365 CE | D365 CE Portal | North 52 Rules Engine | Implementation Options |
|---|---|---|---|---|---|---|
| Communication (non-marketing) - Workflow | As an processor, manager, position manager, interviewer, leader OR 3rd party, I want a seamless handoffgiven the different roles necessary in the recruiting and hiring process when the preceding role(s) to mine is complete then the system is clear to all the status and that it is my responsibility to complete my part. | X | Config | | Config | The system will leverage business rules that provide adequate notification time to allow next role to prepare and schedule the next steps and interactions with the applicant. |
| Communication (non-marketing) - Workflow | As an manager, I want my voice heardgiven my experience with filling my position when my position is filled then the system will survey me regarding my experience. | X | Config | | Config | 1. Deliver short CSAT survey about the process 2. Collect results back to D365 |
| Driver qualification placement (Recruitment "quality") - Hiring experience feedback | As an manager, I want the highest quality and most likely to retain applicant to fill my positiongiven the available pipeline when compared to user story consistent hiring requirements then accidents and turnover are reduced. | X | Config | | Config | Accomplished via applicant scoring. |
| Driver qualification placement (Recruitment "quality") - Job alerts | As an existing employee, independent contractor OR lease purchase I want the option to get an alert for transfer opportunitiesgiven the transfer opportunity matches my desires when the position opens for internal recruitment then the system will notify me. | X | Config | Config | Config | Position matching rules will process applicant and employee records to identify best fit for position and notify applicants and/or employees per rules. |
| Driver qualification placement (Recruitment "quality") - Job alerts | As an existing employee, independent contractor OR lease purchase I want to see frequently open positionsgiven the position is closed for internal recruitment when I meet user story consistent hiring requirements then the system allows me to apply to the waiting list. | X | | Config | Config | 1. Present list of most frequent postings, filtered for a particular period, region, etc. 2. Allow user to flag one or more jobs to be added to their waiting list |
| Driver qualification placement (Recruitment "quality") - Lead/Applicant ranking | As an processor  I want to work the most qualified candidates first given the likihood of the applicant being hired, retained and safe based on the information on file when compared to the pipeline then the system prioritizes my work by highest quality to lowest quality. | X | Config | | Config | 1. Use N52 rules engine to score the applicant/application throughout the process 2. Show the applicant list using this score to allow the processor to quickly sort, filter and prioritize |
| Driver qualification placement (Recruitment "quality") - Lead/Applicant ranking | As an processorI  I want  consumer reports ordered and evaluated given that an application has been  received when the application is received then the system can use the data to refine user story Most qualified hired. | X | Config | | Config | Consumer reports will be factored into the applicant scoring and reports stored as appropriate via integration. |
| Driver qualification placement (Recruitment "quality") - Preferred driver benefits | As an applicant I want my pay to take into consideration the quality of my application and experiencegiven the information provided during the background check compared to user story hire quality when user story Expected pay confirmation is determined  then the system assigns pay commensurate with my experience. | X | | Config | Config | 1. Use N52 to score the quality of the application 2. Use that score to assign a typical pay range and benefits options that align with others in that same score |
| Driver qualification placement (Recruitment "quality") - Workflow | As an manager, I want to know the likelihood of applicant showing to workgiven the user story report to work is met when those requirements are met then the system will calculate the probability the applicant will show to start work filling my position. | X | | | Config | Phase 1, use N52 rules engine to score likelihood Phase 2, AI to score likelihood  once appropriate baseline data is available |
| Driver qualification placement (Recruitment "quality") - Workflow | As an processor, I want to know when to take an applicant out of considerationgiven the applicant loses engagement when their engagement indicates they are unlikely to convert to a hire then the system will indicate that applicant should be replaced in order to fill the position. | X | | | Config | Phase 1, use N52 rules engine to score likelihood Phase 2, AI to score applicant engagement once appropriate baseline data is available |
| Hiring costs - Lead generation | As an employee, independent contractor, lease purchase, I want to know when I am going to get paid for my referralgiven I have submitted the referral property when the referral's hiring process is completed and referral meets business requirements for pay out then the system informs me of what I will be paid and when. | X | Config | Config | Config | The system will display all referrals and their status. The system will notify the referrer of all status changes including payment to expect based on pre-defined rules. |
| Hiring costs - Lead generation | As an manager, I want to be charged for the cost to fill my positiongiven that the time and money spent to fill positions are not equal when my position is filled then the system ensures that I am charged for the recruiting efforts to fill my position. | X | Config | | Config | 1. Add Allotted Cost and Actual Cost attributes to each position record 2. Assign cost attribute to each activity in the process 3. Define costs per activity 4. Rollup actual costs to the position based on all activities in the recruitment process |
| Hiring costs - Lead generation | As an employee, independent contractor, lease purchase, I want to know the status of my referral in the hiring processgiven I have submitted the referral property when I want to check on it then the system provides a way for me to see the status of my referral. | X | Config | Config | Config | The system will display all referrals and their status. The system will notify the referrer of all status changes. |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663



# Satisfier-Delighter Requirements

| Ref | Business Requirements | | | | | | |
|---|---|---|---|---|---|---|---|
| SO | Innovation | MVP | D365 CE | D365 CE Portal | North 52 Rules Engine | Implementation Options | |
| Lead/pipeline management - Auto-Qualification | As an processor, I want the application process automated given that it is necessary to compare the information provided and returned by previous employers and consumer reports to user story consistent hiring requirements when automation or AI can be leveraged then the system will leverage making my job easier and the process more efficient. | X | Config | | Config | Combination of items required: 1. Use N52 Rules engine to provide scoring 2. Workflow definition accounting for process variations to prompt candidates to apply 3. SLA(s) to ensure timely transition to next step/stage | |
| Lead/pipeline management - Auto-Qualification | As an processor, I want applications that do not meet user story consistent hiring requirements automatically rejected given the monitoring in user story AI pipeline management when the applicant does not meet user story consistent hiring requirements  then the system will automatically reject the application. | X | Config | | Config | Suggest instead that we flag applications for review. Could there be reasons the system might reject, but with human review we find an exception should be made? 1. Rules engine (N52 initially, AI ultimately) to score applications and determine rejection criteria 2. Flag records system rejects for review | |
| Lead/pipeline management - Demand management | As an manager, I want my hiring need automatically updated given it is within my control whether to initiate the recruiting request when turnover occurs then the system is automatically updated giving me the information I need to determine whether to backfill. | X | Config | | Config | 1. Interact with HR backend (integration, workflow) to understand staffing needs based on turnover 2. Add/update position records based on #1, standard assumptions may be used to forecast needs | |
| Lead/pipeline management - Demand management | As an manager, I want exactly the number of hires requested given that number matches what was communicated in the request when my hiring request was submitted then the system prevents overhiring or underhiring. | X | Config | | Config | The system will rollup any positions that allow multiple hires and automatically change the status to close hiring when the number of hires has been filled. | |
| Lead/pipeline management - Demand management | As an manager, I want to know the time it took to fill my position given the time from request to [new hire] starting work when the position is filled  then the system indicates time to fill. | X | Config | | Config | 1. Timers configured per position record 2. Timers configured per process stage | |
| Lead/pipeline management - Hiring requirements | As an manager, I want a flexible recruiting process given mass hiring is not limited to drivers given the ever changing business when mass recruiting is needed then the system's processes and workflows accommodate. | X | Config | | Config | The D365 workflows and business rules will accommodate any size pipeline. | |
| Lead/pipeline management - Lead Quality | As an applicant, I want my application processing completed within 3 days given I am wanting confirmation of my eligibility with no contingencies when my application processing is complete then the system notifies me of decision. | X | Config | | Config | 1. Use SLAs on the application and/or application stages to ensure options for escalation and slippage mitigation 2. Tie workflows to the SLAs to ensure notification of proper team members when escalation is required or slippage is imminent. | |
| Lead/pipeline management - Lead Quality | As an manager, I want a rehire hired faster given there is less effort to process when processing the application then the system allows for expedited processing. | X | Config | | Config | 1. Rehire information will be synchronized from driver record 2. Can use rehire status to increase score 3. Use rehire status workflow(s) to complete or eliminate tasks reserved for new applicants | |
| Lead/pipeline management - Lead Quality | As an manager, I want a referral hired faster given there is less effort to process when processing the application then the system allows for expedited processing. | X | Config | | Config | N52 will be used to score the lead and when it is a referral the score can be increased to enhance priority. | |
| Lead/pipeline management - Lead Reengagement | As a manager I want to get applicant back to processor given I have made the call as a result of user story Prompt to call when the applicant is no longer interested in my position then the system suggests other positions the applicant might be interested in based on user story automated job matching while removing from my pipeline. | X | Config | | Config | 1. Workflow to notify manager of status change to no longer interested 2. Develop suggested jobs view that is available on the applicant record | |
| Lead/pipeline management - Lead Reengagement | As a processor, I want leads and applicants re-engaged given the defined lead lifecycle and user story consistent hiring requirements when user story consistent hiring requirements change impacting reengagement timing. | X | Config | | Config | Use a resurrection process, adapted to fit JBH requirements and conditions Automated status update based on workflow and/or AI | |
| Lead/pipeline management - Lead Reengagement | As a Marketer, I want full use of known data on leads and applicants given the need to ensure timely and targeted follow up when the time comes as defined by the lead lifecycle management then the system provides such data utilizing automation where possible. | X | Config | | | An integration to the Marketing platform will supply applicable candidates for marketing follow-up. | |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663



# Satisfier-Delighter Requirements

| Ref SD | Business Requirements Innovation | MVP | D365 CE | D365 CE Portal | North 62 Rules Engine | Implementation Options |
|---|---|---|---|---|---|---|
| Lead/pipeline management - Pipeline Management | As a processor, I want to know if the position my applicant is assigned to closesgiven the close recruitment request from manager when request occurs then the system suggests other positions the applicant might be interested in based on user story automated job matching while removing closed position. | x | Config | | Config | 1. Status change to close is available in the data views 2. Will notify processor 3. Rules will compare applicant to open positions |
| Marketing - Lead generation | As a [marketer], I want to provide prospects free copies of consumer reportsgiven they complete a prequalification form when requesting consumer reports then they system has prospects I can market job opportunities to. | x | | | | Workflow can be configured to provide the consumer report if rules are met such as proper completion of prequalification form |
| Marketing - Lead generation | As an [marketer], I want to send out meaningful soft touchesgiven supporting the defined lead management lifecycle when desiring to foster engagement then the system provides for this. | x | Config | | | An integration to the Marketing platform will allow D365 to feed driver preferences, attributes and process changes to trigger appropriate marketing outreach. |
| Marketing - Positioning | As an [prospect], I want it to be easy to find available opportunitiesgiven that the placement of our opportunities compared to our competitors is important when prospect is looking then the system provides the best placement based on user story Recruiting priority. | x | | Config | Config | The portal will show the position matching based on the applicants filter criteria and recommend fit based on rules based position matching. |
| Policies/procedures - Hiring requirements | As an leader, I want a recruiting process that is a pathway for drivers entering the industrygiven the overall driver shortage when prospects are interested then the system's processes and workflows accommodate. | x | Config | Config | | The applicant portal will be user friendly and in the case of a applicant who has never been a driver the portal will help guide them through the process of applying and gaining experience. |
| Policies/procedures - Team | As an processor I want to feel successgiven the neverending need for hires when the department reaches defined milestone goals then the system brings to leader attention for celebration. | x | Config | | Config | Recommend a regularly scheduled email to appropriate audience touting recruitment success(es). Can include KPIs and charts driven by D365 data or D365 Goals. |
| Position management - Market research | As an manager, I want to know what I should pay for my opening given the current market (internal/external competition) in my hiring area when I am ready to open my position for recruitment then I can offer competitive pay at position open. | | | | | Through machine learning and data analytics, Dynamics can access a what-if analysis to determine how many applicants would be necessary to fill a position. That analysis can include information from internal historical data as well as external data available to JBH |
| Training - Core training | As an leader, I want necessary training built ingiven the basic role responsibilities of processor, manager, position manager, interviewer, leader OR 3rd party when in the role then the system will ensure standardized compliant training. | x | Config | | | Train the trainer will be used, and training videos are planned to be created by JBHT to consitenly train users. D365 also has a full knowledge base system that can be used to store help content. |
| Training - Cross training | As an processor, manager, position manager, interviewer, leader OR 3rd party, I want to understand all roles in the process given my role is dependent on some and others are dependent on my role when I am part of the recruiting process then the system ensures I have knowledge of role responsibilities and interactions. | x | Config | | | Train the trainer will be used, and training videos are planned to be created by JBHT to consitenly train users. D365 also has a full knowledge base system that can be used to store help content. |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

# Satisfier-Delighter User Stories

**J.B. HUNT**

| Theme/Sub theme | Epic Title | Feature Title | User Story Title | User Story (As a... I want to...so that...) | Acceptance Criteria (Given...when...then/I expect...) | Applicable Business Rules (optional) | Role(s) | Kano category | Source |
|---|---|---|---|---|---|---|---|---|---|
| Application Process - Auto-Qualification | Application Process | Auto-Qualification | Pre-qualification | As an [applicant], I WANT to understand whether I meet the requirements to work | GIVEN the information provided WHEN I submitted my application and any information previously on file THEN the system will display the results. | In reality, top 3 - 5 things whether to move to next step. | Applicant | Satisfier | CDP Off-site docs (Master) - List Summary |
| Application Process - Driver relationship management | Application Process | Driver relationship management | Personalized experience | As an [applicant], I WANT to be confident | GIVEN the information requested of me and/or communicated to me   WHEN my [processor] reaches out is necessary and up-to-date THEN I know the company is considerate of my time. | | Applicant | Delighter | CDP Off-site docs (Master) - List Summary |
| Application Process - Hiring experience feedback | Application Process | Hiring experience feedback | Ability to adapt to applicant feedback in real time | As an [applicant], I WANT to know that my hiring experience feedback | GIVEN to the company   WHEN solicited from me is acted upon immediately THEN I know that the company is committed to improving my hiring experience. | | Applicant | Delighter | CDP Off-site docs (Master) - List Summary |
| Application Process - Hiring requirements | Application Process | Hiring requirements | Driver qualification file automation | As an [auditor], I WANT DOT compliant driver files | GIVEN that all required DOT documents (if applicable) are automatically indexed into the applicant's file   WHEN they are received THEN I can focus on auditing instead of indexing | Driver applicants driverfile consists of driver qualification files to be audited and documents received during background processing. All documents are to be automatically indexed upon reception. | Auditor | Satisfier | CDP Off-site docs (Master) - List Summary |
| Application Process - LMS (Learning Management System) | Application Process | LMS (Learning Management System) | LMS experience | As an [applicant], I WANT a "world class" experience | GIVEN that I am assigned online training WHEN I am taking and completing training   THEN the system presents in a clear and intuitive format that my device supports | | Applicant | Satisfier | CDP Off-site docs (Master) - List Summary |
| Application Process - Online application/profile center | Application Process | Online application/profile center | Profile center notification | As an [applicant], I WANT to know when something is needed from me | GIVEN I have user story [Profile center access]   WHEN task(s) are added requiring my action THEN the system prompts me in real time allowing for user story [Profile center interaction] | | Applicant | Delighter | CDP Off-site docs (Master) - List Summary |
| Application Process - Pipeline Management | Application Process | Pipeline Management | Deeper previous employment verification required | As an [processor], I WANT to know when to go further back to verify previous employment | GIVEN the results of the background check does not yield the pay the applicant expects   THEN the system will prompt to go further back in the applicant's history. | **Handle with business rules? Honor without going additional mile based on information within file.. HH** | Processor | Delighter | CDP Off-site docs (Master) - List Summary |
| Application Process - Pipeline Management | Application Process | Pipeline Management | Expected pay confirmation | As an [applicant], I WANT notification of the pay I qualify for | GIVEN the results of the completed background WHEN I meet the following: user story title [report to work] THEN the system informs me of the pay I can expect. | | Applicant | Delighter | CDP Off-site docs (Master) - List Summary |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

# J.B. HUNT — Satisfier-Delighter User Stories

| Application Process | Category | Feature | User Story | Acceptance Criteria | Role | Type | Reference |
|---|---|---|---|---|---|---|---|
| Application Process - Travel/Accommodations | Travel/Accommodations | Reduce/eliminate travel need | As an [applicant], I WANT to onboard at my work location | GIVEN I meet requirements for user story [report to work] WHEN the work location is within driving distance THEN I do not have to travel by bus or plane. | Applicant | Satisfier | CDP Off-site docs (Master) - List Summary |
| CDP structure/compensation - Efficiency | Efficiency | High utilization | As an [leader], I WANT a highly utilized workforce | GIVEN that the process is designed stripping out inefficiences in systems and processes WHEN I have to add headcount to align with strategy AND/OR increase AD spend THEN I see production increase at the same rate. | Leader | Delighter | CDP Off-site docs (Master) - List Summary |
| CDP structure/compensation - Team | Team | Workflow | As an [processor], I WANT the next task in my workflow pushed to me | GIVEN how my role fits into the department strategy WHEN the task needs to be completed THEN the system ensures that tasks are completed in the right order. | Processor | Satisfier | CDP Off-site docs (Master) - List Summary |
| CDP structure/compensation - Availability | Availability | Ability to answer questions | As an [applicant], I WANT my questions regarding the hiring process answered | GIVEN those questions are important to my decision to come onboard WHEN I asked within business hours THEN the system will support providing those answers engaging a human when necessary. | Applicant | Satisfier | CDP Off-site docs (Master) - List Summary |
| Communication (non-marketing) - Availability | Availability | Ability to answer questions | As an [applicant], I WANT my questions regarding the hiring process answered | GIVEN those questions are important to my decision to come onboard WHEN I ask outside business hours THEN the system will support providing those answers engaging a human when necessary. | Don't make processor think. | Delighter | CDP Off-site docs (Master) - List Summary |
| Communication (non-marketing) - Driver Advocate (single POC) | Driver Advocate (single POC) | Drug testing | As an [applicant], I WANT to know what to expect at the drug testing centers | GIVEN the requirement to pass drug screen(s) as part of user story [report to work] WHEN I go to the drug testing center THEN I fulfill the request with no surprises. | Applicant | Satisfier | CDP Off-site docs (Master) - List Summary |
| Communication (non-marketing) - Driver Advocate (single POC) | Driver Advocate (single POC) | Efficient applicant contact | As an [applicant], I WANT to interact with the fewest number of people during the recruitment process | GIVEN the greater that number the more confusing it is WHEN I have a question that needs to be answered THEN the system facilitates the fewest number of processors who are kept up-to-date with all information I provide, so that I am not repeating myself. | Applicant | Satisfier | CDP Off-site docs (Master) - List Summary |
| Communication (non-marketing) - Hiring experience feedback | Hiring experience feedback | Hiring process survey | As an [leader], I WANT to understand applicants experiences | GIVEN how far they get in the process WHEN the process ends THEN the system identifies areas of the process to be reviewed for improvement. | Leader | Satisfier | CDP Off-site docs (Master) - List Summary |
| Communication (non-marketing) - Interview process | Interview process | Post interview next steps - applicant | As an [applicant], I WANT it to be clear what is next | GIVEN that a decision has been made whether I passed or failed the interview WHEN the interview is complete THEN I am aware whether there are other opportunities aligning to [Post interview next steps - interviewer]. | Applicant | Satisfier | CDP Off-site docs (Master) - List Summary |

©2019 - Avtex - Confidential

# J.B. HUNT — Satisfier-Delighter User Stories

| Category | Category | Feature | Story | User Story | GIVEN / WHEN / THEN | Example / Qualifier | Role | Type | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Communication (non-marketing) - Scorecard | Communication (non-marketing) | Scorecard | Interview process scorecard | As an (manager), I WANT to see my interview stats | GIVEN how I compare to my peers that are interviewing WHEN I'm interviewing for a position THEN the system will identify outliers in my process. | | Manager | Satisfier | CDP Off-site docs (Master) - List Summary |
| Communication (non-marketing) - Single system | Communication (non-marketing) | Single system | Single system tracking | As an (processor), (manager), (position manager), (interviewer), (leader) OR (3rd party), I WANT one system | GIVEN the different roles necessary in the recruiting and hiring process WHEN I am doing my part in the process THEN my work is housed in the same single system as the other roles. | Qualifier: If multiple systems, the need to talk to each other "seamlessly." | Processor, manager, position manager, interviewer, leader, 3rd party | Delighter | CDP Off-site docs (Master) - List Summary |
| Communication (non-marketing) - Single system | Communication (non-marketing) | Single system | Data integrity | As an (processor), (manager), (position manager), (interviewer), (leader) OR (3rd party), I WANT an accurate system | GIVEN the large amount of data received during the application process WHEN I interact with the system THEN the system ensures data is current. | | Processor, manager, position manager, interviewer, leader, 3rd party | Satisfier | CDP Off-site docs (Master) - List Summary |
| Communication (non-marketing) - Workflow | Communication (non-marketing) | Workflow | Individualized training plan | As an (manager), I WANT to know the applicable experience of the applicant | GIVEN the requirements of my position WHEN the applicant meets user story [report to work] THEN the system provides the necessary information for me to create a training plan. | Example: Agri experience. | Manager | Satisfier | CDP Off-site docs (Master) - List Summary |
| Communication (non-marketing) - Workflow | Communication (non-marketing) | Workflow | Prompt to call | As an (manager), I WANT a prompt to call the applicant | GIVEN the applicant meets the requirements of user story [report to work] WHEN they meet those requirements THEN the system will provide the information I need to call the applicant to start relationship building. | | Manager | Satisfier | CDP Off-site docs (Master) - List Summary |
| Communication (non-marketing) - Workflow | Communication (non-marketing) | Workflow | Projected time to fill | As an (manager), I WANT to know when my position will fill | GIVEN the current recruiting efforts WHEN compared to historical data THEN the system will provide an estimated date to fill. | | Manager | Satisfier | CDP Off-site docs (Master) - List Summary |
| Communication (non-marketing) - Workflow | Communication (non-marketing) | Workflow | Seamless handoff | As an (processor), (manager), (position manager), (interviewer), (leader) OR (3rd party), I WANT a seamless handoff | GIVEN the different roles necessary in the recruiting and hiring process WHEN the preceding role(s) to mine is complete THEN the system is clear to all the status and that it is my responsibility to complete my part. | | Processor, manager, position manager, interviewer, leader, 3rd party | Satisfier | CDP Off-site docs (Master) - List Summary |
| Communication (non-marketing) - Workflow | Communication (non-marketing) | Workflow | Survey | As an (manager), I WANT my voice heard | GIVEN my experience with filling my position WHEN my position is filled THEN the system will survey me regarding my experience. | | Manager | Delighter | CDP Off-site docs (Master) - List Summary |
| Driver qualification placement (Recruitment "quality") - Hiring experience feedback | Driver qualification placement (Recruitment "quality") | Hiring experience feedback | Hire quality | As an (manager), I WANT the highest quality and most likely to retain applicant to fill my position | GIVEN the available pipeline WHEN compared to user story [Consistent hiring requirements] THEN accidents and turnover are reduced. | | Manager | Satisfier | CDP Off-site docs (Master) - List Summary |
| Driver qualification placement (Recruitment "quality") - Job alerts | Driver qualification placement (Recruitment "quality") | Job alerts | Internal transfer opportunity alert | As an existing (employee), (independent contractor) OR (lease purchase) I WANT the option to get an alert for transfer opportunities | GIVEN the transfer opportunity matches my desires WHEN the position opens for internal recruitment THEN the system will notify me. | | Employee, Independent contractor, Lease Purchase | Satisfier | CDP Off-site docs (Master) - List Summary |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

# J.B. HUNT — Satisfier-Delighter User Stories

| Epic | Feature | User Story | Description | Acceptance Criteria | Notes | Role | Type | Source |
|---|---|---|---|---|---|---|---|---|
| Driver qualification placement (Recruitment "quality") - Job alerts | Job alerts | Internal transfer wait list opportunity | As an existing [employee], [independent contractor] OR [lease purchase] I WANT to see frequently open positions | GIVEN the position is closed for internal recruitment WHEN I meet user story [Consistent hiring requirements] THEN the system allows me to apply to the waiting list. | | Employee, Independent contractor, Lease Purchase | Satisfier | CDP Off-site docs (Master) - List Summary |
| Driver qualification placement (Recruitment "quality") - Lead/Applicant ranking | Lead/Applicant ranking | Most qualified hired | As an [processor] I WANT to work the most qualified candidates first | GIVEN the likelihood of the applicant being hired, retained and safe based on the information on file WHEN compared to the pipeline THEN the system prioritizes my work by highest quality to lowest quality. | | Processor | Satisfier | CDP Off-site docs (Master) - List Summary |
| Driver qualification placement (Recruitment "quality") - Lead/Applicant ranking | Lead/Applicant ranking | Consumer reports | As an processed I WANT consumer reports ordered and evaluated | GIVEN that an application has been received WHEN the application is received THEN the system can use the data to refine user story [Most qualified hired]. | | Processor | Delighter | CDP Off-site docs (Master) - List Summary |
| Driver qualification placement (Recruitment "quality") - Preferred driver benefits | Preferred driver benefits | Experience pay | As an [applicant] I WANT my pay to take into consideration the quality of my application and experience | GIVEN the information provided during the background check compared to user story [Hire quality] WHEN user story [Expected pay confirmation] is determined THEN the system assigns pay commensurate with my experience. | Pay structure approved by HR and Ops | Applicant | Delighter | CDP Off-site docs (Master) - List Summary |
| Driver qualification placement (Recruitment "quality") - Workflow | Workflow | Likelihood to report to work | As an [manager], I WANT to know the likelihood of [applicant] showing to work | GIVEN the user story [report to work] is met WHEN those requirements are met THEN the system will calculate the probability the [applicant] will show to start work filling my position. | | Manager | Delighter | CDP Off-site docs (Master) - List Summary |
| Driver qualification placement (Recruitment "quality") - Workflow | Workflow | Engagement monitoring | As an [processor], I WANT to know when to take an [applicant] out of consideration | GIVEN the [applicant] loses engagement WHEN their engagement indicates they are unlikely to convert to a hire THEN the system will indicate that [applicant] should be replaced in order to fill the position. | | Processor | Delighter | CDP Off-site docs (Master) - List Summary |
| Hiring costs - Lead generation | Driver referral | Referral completion | Upcoming referral payment confirmation | As an [employee], [independent contractor], [lease purchased], I WANT to know when I am going to get paid for my referral | GIVEN I have submitted the referral properly WHEN the referral's hiring process is completed and referral meets business requirements for pay out THEN the system informs me of what I will be paid and when. | J.B. Hunt Driver Referral Bonus Policy - last updated 01/31/17. HR privacy policies. (Give just numbers and not detail 0 in process 5 with decisions...paid for 37) | Employee, Independent contractor, Lease Purchase | Satisfier | 2019 Driver referral process enhancements meeting - 09/04/18 |
| Hiring costs - Lead generation | Lead generation | Charged for cost to fill my position | As an [manager] I WANT to be charged for the cost to fill my position | GIVEN that the revenue and money spent to fill positions are not equal WHEN my position is filled THEN the system ensures that I am charged for the recruiting efforts to fill my position. | | Manager | Delighter | CDP Off-site docs (Master) - List Summary |

©2019 - Avtex - Confidential

# Satisfier-Delighter User Stories

J.B. HUNT

| | Driver referral | Referral status | Current referral status | (User story) | (Acceptance criteria) | Employee, Independent contractor, Lease Purchase | Satisfier/Delighter | 2019 Driver referral process enhancements meeting - 09/04/19 |
|---|---|---|---|---|---|---|---|---|
| Hiring costs - Lead generation | Driver referral | Referral status | Current referral status | As an [employee], [independent contractor], [lease purchase], I WANT to know the status of my referral in the hiring process | GIVEN I have submitted the referral properly WHEN I want to check on it THEN the system provides a way for me to see the status of my referral. | J.B. Hunt Driver Referral Bonus Policy - last updated 01/31/17. HR privacy policies. | Satisfier | 2019 Driver referral process enhancements meeting - 09/04/19 |
| Lead/pipeline management - Auto-Qualification | Lead/pipeline management | Auto-Qualification | AI pipeline management | As an [processor], I WANT the application process automated | GIVEN that is necessary to compare the information provided and returned by previous employers and consumer reports to user story [Consistent hiring requirements] WHEN automation or AI can be leveraged THEN the system will leverage making my job easier and the process more efficient. | Processor | Delighter | CDP Off-site docs (Master) - List Summary |
| Lead/pipeline management - Auto-Qualification | Lead/pipeline management | Auto-Qualification | AI auto rejection | As an [processor], I WANT applications that do not meet user story [Consistent hiring requirements] automatically rejected | GIVEN the monitoring in user story [AI pipeline management] WHEN the [applicant] does not meet user story [Consistent hiring requirements] THEN the system will automatically reject the application. | Processor | Delighter | CDP Off-site docs (Master) - List Summary |
| Lead/pipeline management - Demand management | Lead/pipeline management | Demand management | Hiring need automation | As an [manager], I WANT my hiring need automatically updated | GIVEN it is within my control whether to initiate the recruiting request WHEN turnover occurs. THEN the system is automatically updated giving me the information I need to determine whether to backfill. | Manager | Delighter | CDP Off-site docs (Master) - List Summary |
| Lead/pipeline management - Demand management | Lead/pipeline management | Demand management | Hire to the need | As an [manager], I WANT exactly the number of hires requested | GIVEN that number matches what was communicated in the request WHEN my hiring request was submitted THEN the system prevents overhiring or underhiring. | Manager | Satisfier | CDP Off-site docs (Master) - List Summary |
| Lead/pipeline management - Demand management | Lead/pipeline management | Demand management | Time to fill | As an [manager], I WANT to know the time it took to fill my position | GIVEN the time from request to [new hire] starting work WHEN the position is filled THEN the system indicates time to fill. | Manager | Satisfier | CDP Off-site docs (Master) - List Summary |
| Lead/pipeline management - Hiring requirements | Lead/pipeline management | Hiring requirements | Non-driver hiring ability | As an [manager], I WANT a flexible recruiting process | GIVEN mass hiring is not limited to drivers given the ever changing business WHEN mass recruiting is needed THEN the system's processes and workflows accommodate. | Manager | Delighter | CDP Off-site docs (Master) - List Summary |
| Lead/pipeline management - Lead Quality | Lead/pipeline management | Lead Quality | Processing time | As an [applicant], I WANT my application processing completed within 3 days | GIVEN I am wanting confirmation of my eligibility with no contingencies WHEN my application processing is complete THEN the system notifies me of decision. | Applicant | Delighter | CDP Off-site docs (Master) - List Summary |
| Lead/pipeline management - Lead Quality | Lead/pipeline management | Lead Quality | Expedited hiring #1 | As an [applicant], I WANT a rehire hired faster | GIVEN there is less effort to process WHEN processing the application THEN the system allows for expedited processing. | Manager | Satisfier | CDP Off-site docs (Master) - List Summary |

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## Satisfier-Delighter User Stories

**J.B. HUNT**

| Category | Sub-category | Feature | User Want | User Story | Notes | Role | Type | Source |
|---|---|---|---|---|---|---|---|---|
| Lead/pipeline management - Lead Quality | Lead Quality | Expedited hiring #2 | As an [manager], I WANT a referral hired faster | GIVEN there is less effort to process WHEN processing the application THEN the system allows for expedited processing | | Manager | Delighter | CDP Off-site docs (Master) - List Summary |
| Lead/pipeline management - Lead Reengagement | Lead Reengagement | Loss of position interest | As an [manager] I WANT to get [applicant] back to [processor] | GIVEN I have made the call as a result of user story [Prompt to call] WHEN the [applicant] is no longer interested in my position THEN the system suggests other positions the [applicant] might be interested in based on user story [Automated job matching] while removing from my pipeline. | | Manager | Satisfier | CDP Off-site docs (Master) - List Summary |
| Lead/pipeline management - Lead Reengagement | Lead Reengagement | Lead lifecycle monitoring | As an [processor], I WANT leads and applicants re-engaged | GIVEN the defined lead lifecycle and user story [Consistent hiring requirements] WHEN user story [Consistent hiring requirements] change impacting reengagement timing. | | Processor | Satisfier | CDP Off-site docs (Master) - List Summary |
| Lead/pipeline management - Lead Reengagement | Lead Reengagement | Marketing data | As an [Marketer], I WANT full use of known data on leads and applicants | GIVEN the need to ensure timely and targeted follow up WHEN the time comes as defined by the lead lifecycle management THEN the system provides such data utilizing automation where possible. | | Marketer | Satisfier | CDP Off-site docs (Master) - List Summary |
| Lead/pipeline management - Pipeline Management | Pipeline Management | Position closes | As an [processor], I WANT to know if the position my [applicant] is assigned to closes | GIVEN the close recruitment request from [manager] WHEN request occurs THEN the system suggests other positions the [applicant] might be interested in based on user story [Automated job matching] while removing closed position. | | Processor | Delighter | CDP Off-site docs (Master) - List Summary |
| Marketing - Lead generation | Lead generation | Free access to consumer reports | As an [marketer], I WANT to provide prospects free copies of consumer reports | GIVEN they complete a prequalification form WHEN requesting consumer reports THEN they system has prospects I can market job opportunities to. | Consumer reports gathered through driver recruitment: MVR(s), PSP and PRE. | Marketer | Delighter | CDP Off-site docs (Master) - List Summary |
| Marketing - Lead generation | Lead generation | Prospecting soft touches | As an [marketer], I WANT to send out meaningful soft touches | GIVEN supporting the defined lead management lifecycle WHEN desiring to foster engagement THEN the system provides for this. | Examples: driver appreciation...industry news | Marketer | Satisfier | CDP Off-site docs (Master) - List Summary |
| Marketing - Positioning | Positioning | Easy career opportunity searching | As an [prospect], I WANT to be easy to find available opportunities | GIVEN that the placement of our opportunities compared to our competitors is important WHEN [prospect] is looking THEN the system provides the best placement based on user story [Recruiting priority]. | | Prospect | Satisfier | CDP Off-site docs (Master) - List Summary |
| Policies/procedures - Hiring requirements | Hiring requirements | Pathway to enter industry | As an [leader], I WANT a recruiting process that is a pathway for drivers entering the industry | GIVEN the overall driver shortage WHEN [prospects] are interested THEN the system's processes and workflows accommodate. | | Leader | Satisfier | CDP Off-site docs (Master) - List Summary |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

# J.B. HUNT

## Satisfier-Delighter User Stories

| Category | Policies/procedures | Team | Celebrate success | User Story | Role | Satisfier/Delighter | CDP Off-site docs (Master)- List Summary |
|---|---|---|---|---|---|---|---|
| Policies/procedures - Team | Policies/procedures | Team | Celebrate success | As an [processor] I WANT to feel success — GIVEN the neverending need for hires WHEN the department reaches defined milestone goals THEN the system brings to [leader] attention for celebration. | Processor | Satisfier | CDP Off-site docs (Master)- List Summary |
| Position management - Market research | Position management | Market research | Market view | As an [manager], I WANT to know what I should pay for my opening — GIVEN the current market [internal/external competition] in my hiring area WHEN I am ready to open my position for recruitment THEN I can offer competitive pay at position open. | Manager | Satisfier | CDP Off-site docs (Master)- List Summary |
| Training - Core training | Training | Core training | Trained to work | As an [leader], I WANT necessary training built in — GIVEN the basic role responsibilities of [processor], [manager], [position manager], [interviewer], [leader] OR [3rd party] role WHEN in the role THEN the system will ensure standardized compliant training. | Leader | Delighter | CDP Off-site docs (Master)- List Summary |
| Training - Cross training | Training | Cross training | Full perspective | As an [processor], [manager], [position manager], [interviewer], [leader] OR [3rd party], I WANT to understand all roles in the process — GIVEN my role is dependent on some and others are dependent on my role WHEN I am part of the recruiting process THEN the system ensures I have knowledge of role responsibilities and interactions. | Processor, manager, position manager, interviewer, leader, 3rd party | Satisfier | CDP Off-site docs (Master)- List Summary |

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

# 11   APPENDIX C - 3RD PARTY APPLICATION AND TOOLS TO BE USED

**North52 Business Process Automation**

North 52 provides customization capabilities for rules and calculations beyond what "business rules" in Dynamics 365 offer. For JBHT's driver recruiting project, this  additional software will allow the team to configure rules versus writing custom code for features like candidate scoring, position matching, determining high priority tasks and others.

https://www.north52.com/

**Kingswaysoft**

Kingswaysoft leverages SQL Server Integration Services (SSIS) to offer data integration solutions for the cloud or on-premise that are codeless, easy to use, and cost effective.

http://www.kingswaysoft.com/products

©2019 - Avtex - Confidential

DocuSign Envelope ID: 33D8FDEB-8F00-4E5A-AF15-81EF5BFF8663

## 12  APPENDIX D - J.B. HUNT TRANSPORT, INC. TRAVEL EXPENSE POLICY FOR SUPPLIERS

Upon prior approval by JBHT, NuSoft shall be reimbursed for its employees' reasonable and properly documented expenses (original invoices/receipts only) incurred as a result of travel to JBHT's location for the purposes of performing work hereunder subject to the same rules as those which govern similar travel by JBHT's employees.

Travel arrangements should be made 21 days in advance where possible.  Arrangements made less than 14 days prior to travel will require additional approval by JBHT.

(a)      Airfare. Subject to availability, NuSoft will obtain the lowest cost, non-refundable fares when traveling.  JBHT agrees to reimburse NuSoft for any scheduled non-refundable and/or non-changeable tickets that are scheduled and subsequently cancelled at request of JBHT.

(b)      Ground Travel. NuSoft's employees will use the most economical form of ground transportation available, which may include personal vehicles, rental cars, airport or hotel shuttle buses, and/or taxis.

(c)      Mileage Reimbursement. Mileage for use of a personal vehicle for the purpose of business travel is reimbursable. The current mileage reimbursement rate is $0.58 per mile. Expenses (mileage, taxi, train, bus, tolls, tips, etc.) incurred between NuSoft's home or office and the airport are not reimbursable.

(d)      *Lodging. If available, NuSoft's employees will stay at hotels with corporate discounts.  If JBHT's corporate discount rate is more favorable than NuSoft's rate, NuSoft will use JBHT's rate.  The maximum reimbursable lodging expense is the room rate plus taxes.  NuSoft will not request reimbursement of any other items on hotel bills.

(e)      Per Diem Expense. In lieu of actual meal expenses, JBHT agrees to a per diem rate of $40.00. To qualify for a per diem allowance, an individual must have at least one overnight stay away from their residence.

*For NuSoft, JBHT currently receives 20% off the daily rate at Staybridge Suites in Rogers, Arkansas (479-845-5701), Holiday Inn in Springdale, AR (479-751-8300), and Embassy Suites in Rogers, Arkansas (479-254-8400).  NuSoft must request the J.B. Hunt Vendor/NuSoft Rate to receive the discount.

©2019 - Avtex - Confidential