

October 18, 2021

GEORGE WILSON
[address redacted]

Dear George:

J.B. Hunt Transport, Inc. ("J.B. Hunt") understands the importance of protecting the information we maintain. We are writing to inform you of an incident that involves some of your personal information. This notice explains the incident, measures we have taken, and some steps you may consider taking in response.

J.B. Hunt has completed its investigation into a security incident involving a configuration error in the Microsoft Power Apps portal used by J.B. Hunt to create driver applications. Upon learning of the incident, we immediately took steps to secure the portal. The investigation determined that certain applicant information could have been accessed by an unauthorized actor between August 17, 2020 through July 2, 2021. We completed a careful review of the data and on September 10, 2021, determined that the files contained your name and Social Security number.

We take this incident very seriously. J.B. Hunt is offering you a complimentary one-year membership to Experian's IdentityWorks℠. This product helps detect possible misuse of your personal information and provides you with identity protection services focused on identification and resolution of identity theft. IdentityWorks is completely free to you and enrolling in this program will not hurt your credit score. For more information on identity theft prevention, including instructions on how to activate your complimentary one-year membership, as well as information on additional steps you can take in response to this incident, please see the pages that follow this letter.

We regret any inconvenience or concern this incident may cause you. To help prevent something like this from happening in the future, we have reviewed permissions to access data in the cloud, made modifications for all cloud services, and implemented other measures to help prevent unauthorized access to our data.

If you would like more information about the incident, please call 1-855-732-0803, Monday through Friday, between 8:00 a.m. and 5:30 p.m. Central Time, excluding major U.S. holidays.

Sincerely,

J.B. Hunt Transport, Inc.

Case 5:21-cv-05194-TLB   Document 32-1   Filed 03/01/22   Page 2 of 2 PageID #: 266

EXHIBIT 5