UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

J.B. HUNT TRANSPORT, INC. PLAINTIFF

vs. Case No. 5:23-cv-05094-TLB

TTEC DIGITAL, LLC, Successor in Interest to
AVTEX SOLUTIONS, LLC; and TTEC HOLDINGS, INC. DEFENDANTS

**RESPONSES TO DEFENDANTS' REQUESTS FOR ADMISSIONS**

Comes now the plaintiff and for its Responses to Defendants' Requests for Admissions it states as follows:

**REQUEST FOR ADMISSION NO. 1:** Admit that you claim "several lawsuits" were filed against you in various jurisdictions due to a "security vulnerability" which you allege resulted from Avtex Solutions, LLC's breach of a contract entered with you.

**RESPONSE**: Denied to the extent it conflicts with the express allegations in the plaintiff's First Amended Complaint which speaks for itself.

**REQUEST FOR ADMISSION NO. 2:** Admit that, of "several lawsuits" you claim were filed against you in various jurisdictions due to a "security vulnerability" which you allege resulted from Avtex Solutions, LLC's breach of a contract entered with you, none resulted in a judgment against you.

**RESPONSE**: Denied to the extent it conflicts with the express allegations in the plaintiff's First Amended Complaint which speaks for itself. Plaintiff admits none of the lawsuits filed against it resulted in a judgment being entered against it.

**REQUEST FOR ADMISSION NO. 3:** Admit that, of "several lawsuits" you claim were filed against you in various jurisdictions due to a "security vulnerability" which you allege resulted from Avtex Solutions, LLC's breach of a contract entered with you, none remains pending.



EXHIBIT
tabbies
8

**RESPONSE**: Denied to the extent it conflicts with the express allegations in the plaintiff's First Amended Complaint which speaks for itself. Plaintiff admits none of the lawsuits filed against it are pending.

**REQUEST FOR ADMISSION NO. 4**: Admit that, of "several lawsuits" you claim were filed against you in various jurisdictions due to a "security vulnerability" which you allege resulted from Avtex Solutions, LLC's breach of a contract entered with you, the plaintiffs in those "several lawsuits" were paid less than $5,000 cumulatively by or on behalf of you.

**RESPONSE**: [redacted] **CONFIDENTIAL:** [redacted]

**REQUEST FOR ADMISSION NO. 5**: Admit that, of "several lawsuits" you claim were filed against you in various jurisdictions due to a "security vulnerability" which you allege resulted from Avtex Solutions, LLC's breach of a contract entered with you, all but one was dismissed on legal grounds and without your delivering consideration in exchange for a dismissal.

**RESPONSE**: [redacted] **CONFIDENTIAL:** [redacted]

**REQUEST FOR ADMISSION NO. 6**: Admit that, as a result of the "security vulnerability" which you allege resulted from Avtex Solutions, LLC's breach of a contract entered with you, you are unaware of any person's personally identifiable information ("PII") being accessed or compromised by any unknown third party.

**RESPONSE**: Denied to the extent it conflicts with the express allegations in the plaintiff's First Amended Complaint which speaks for itself. Plaintiff admits it is unaware of any person's

personally identifiable information being accessed or compromised by any unknown third party except for the involvement of Upguard which has been disclosed to you in discovery.

J.B. HUNT TRANSPORT, INC.,
Plaintiff

By: ______________________________

Jason H. Wales, # 97191
WALES & MIKESCH, PLLC
2909 E. Glory Dr., Ste. 113
Fayetteville, AR 72703
(479) 439-8088
jason@wm-lawyers.com

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served on the following attorneys via e-mail on this 7th day of February, 2024:

Vince Chadick
Brandon Cate

______________________________
Jason H. Wales