UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

J.B. HUNT TRANSPORT, INC. PLAINTIFF

vs. Case No. 5:23-cv-05094-TLB

TTEC DIGITAL, LLC, Successor in Interest to
AVTEX SOLUTIONS, LLC; and TTEC HOLDINGS, INC. DEFENDANTS

**RESPONSES TO DEFENDANTS' INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Comes now the plaintiff and for its Responses to Defendants' Interrogatories and Requests for Production it states as follows:

**INTERROGATORY NO. 1:** Please identify (by stating the name, address, telephone number, and occupation of) each person providing information for, preparing, or assisting in the preparation of your responses to these first interrogatories and requests for production propounded to you, and please state specifically who assisted on each part of the responses.

**ANSWER:** See the plaintiff's initial disclosures.

**INTERROGATORY NO. 2:** Please identify (by stating the name, telephone number, address, and occupation of) each person having, or likely to have, information relevant to any claims or allegations made in, or defenses to, your First Amended Complaint (ECF Doc. 12), and include the subject(s) of the information of which each such person has, or likely has, knowledge.

(As used herein, "relevant" should be interpreted as contemplated in Fed. R. Civ. P. 26 and Fed. R. Evid. 401, particularly as having any tendency to make a fact of consequence in determining the action more or less probable.)

**ANSWER:** See the individuals identified in the parties' initial disclosures and the defendants' discovery responses.



EXHIBIT
tabbies
9

witness the plaintiff intends to call to testify at trial and provided to you on or before any deadline established by the Court.

**INTERROGATORY NO. 6**: Please identify and describe any document or other proposed exhibit, including summaries of other evidence, which you expect to proffer at or for the trial of this action or which you may proffer at or for the trial if the need arises.

**ANSWER**: Plaintiff's exhibit list is not known at this time but will be supplied to you on or before any deadline established by the Court. The plaintiff reserves the right to introduce any document produced by the parties with their initial disclosures or in discovery. The plaintiff also reserves the right to introduce a summary of the invoices for legal fees it paid as a consequence of the defendants' breach of contract, said invoices totaling $1,604,639.70.

**INTERROGATORY NO. 7**: With respect to any such document, data compilation, tangible item, and proposed exhibit identified in response to Interrogatory Nos. 3 or 6 *supra*, please identify (by stating the name, telephone number, address and occupation of) the person(s) having, or last known to have had, custody or possession of such document, data compilation, tangible item, or proposed exhibit.

**ANSWER**: You already have the referenced documents.

**INTERROGATORY NO. 8**: With respect to your allegation in Paragraph 14 of your First Amended Complaint (ECF Doc. 12) that Avtex Solutions LLC made an "elementary mistake" which "was identified and corrected immediately thereafter," please state separately, and describe fully, every fact and item of evidence upon which you rely to support these contentions, to include identifying each person (by name, telephone number, address, and occupation) whom you claim has knowledge to support these contentions, and whether there is any tangible item to support any

of these contentions and, if so, the identity (by name, address, and telephone number) of each person who has possession or custody of each such document or item.

**ANSWER:** Defendants failed to enable a table permissions setting within the Microsoft 365 Dynamics software package that allowed unauthorized third party access to the portal via an Odata feed and created a security vulnerability within the portal. *See* the plaintiff's initial disclosures for the persons with knowledge of this matter.

**INTERROGATORY NO. 9:** With respect to your allegation in Paragraph 18 of your First Amended Complaint (ECF Doc. 12) that Avtex Solutions LLC's "acts and omissions as alleged [in the First Amended Complaint] constitute a breach of the parties' contract," please state separately, and describe fully, every fact and item of evidence upon which you rely to support this contention, to include identifying which provision(s) of "the parties' contract" was allegedly breached and identifying each person (by name, telephone number, address, and occupation) whom you claim has knowledge to support this contention, and whether there is any tangible item to support any of this contention and, if so, the identity (by name, address, and telephone number) of each person who has possession or custody of each such document or item.

**ANSWER:** Defendants breached Statement of Work Sections 1.2, 1.7 (System Development/Configuration), and 2.1 (89 Must Have Requirements 5.71 and 5.66).

**INTERROGATORY NO. 10:** With respect to your allegation in Paragraph 20 of your First Amended Complaint (ECF Doc. 12) referencing Avtex Solutions LLC's alleged "breaches of the parties' contract," please state separately, and describe fully, every fact and item of evidence upon which you rely to support the contention that Avtex Solutions LLC "breache[d] the parties' contract," to include identifying which provision(s) of "the parties' contract" was allegedly breached and identifying each person (by name, telephone number, address, and occupation)

recordings, or any other object, document, or record of any kind or description, supporting your response to Interrogatory No. 13 and, if different, supporting your computation of damages claimed in your initial disclosures, and supplemental disclosures, including the underlying invoices for Baker and Hostetler LLP; Cozen OConnor; Kroll Associates Inc.; Skadden Arps; Dowd Bennet LLP; and, Mitchell Williams, referenced in the disclosures.

**ANSWER**: See attached.

J.B. HUNT TRANSPORT, INC.,
Plaintiff

By: ______________________________

Jason H. Wales, # 97191
WALES & MIKESCH, PLLC
2909 E. Glory Dr., Ste. 113
Fayetteville, AR 72703
(479) 439-8088
jason@wm-lawyers.com

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served on the following attorneys via e-mail on this 7th day of February, 2024:

Vince Chadick
Brandon Cate

______________________________
Jason H. Wales