IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

J.B. HUNT TRANSPORT, INC.                                                                                     PLAINTIFF

vs.                                          Case No. 5:23-cv-05094-TLB

TTEC DIGITAL, LLC and TTEC HOLDINGS, INC.                                            DEFENDANTS

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

  TTEC Digital, LLC, which is the successor in interest to former defendant Avtex Solutions, LLC, and TTEC Holdings, Inc. (collectively, "TTEC"), for their Unopposed Motion for Extension of Time, respectfully state:

  1. Plaintiff filed on April 19, 2024, its motion for summary judgment or, alternatively, for partial summary judgment (ECF 34) with supporting papers, including statement of material facts (ECF 36), and also its motion to exclude expert testimony (ECF 31) and supporting papers. The time for TTEC's filing a response in opposition to both motions and supporting papers, including the statement of material facts, is May 3, 2024. *See* Rules 7.2 and 56.1 of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas.

  2. TTEC request an enlargement of time, of four (4) days, to file responses in opposition to the motions (ECF 31 and 34) and supporting papers, including the statement of material facts (ECF 36). This additional time is requested in order to permit TTEC to fully and comprehensively respond to the motions and requested relief sought by plaintiff.

  3. Counsel for TTEC has contacted counsel for plaintiff with regard to this motion for extension of time and is authorized to state that plaintiff does not oppose this motion.

  4. In accordance with Local Rule 7.2, no brief in support of this motion is required and, therefore, a brief is not being submitted.

5.      In accordance with Local Rule 6.2, TTEC respectfully requests this honorable Court extend until May 7, 2024, the time by which to file responses in opposition to plaintiff's motion for summary judgment or, alternatively, for partial summary judgment (ECF 34) and supporting papers, including statement of material facts (ECF 36), and also plaintiff's motion to exclude expert testimony (ECF 31) and supporting papers.

WHEREFORE, defendants, TTEC Digital, LLC, which is the successor in interest to former defendant Avtex Solutions, LLC, and TTEC Holdings, Inc., respectfully seek an extension of time until May 7, 2024 to file responses in opposition to plaintiff J.B. Hunt Transport, Inc.'s pending motions and papers (ECF 31-36) filed April 19, 2024.

Brandon B. Cate
Ark. Bar No. 2001203
Meredith M. Causey
Ark. Bar No. 2012265
Vincent O. Chadick
Ark. Bar No. 94075
*Attorneys for Defendants*
QUATTLEBAUM, GROOMS & TULL PLLC
4100 Corporate Center Drive, Suite 310
Springdale, Arkansas 72762
Telephone: (479) 444-5200
Facsimile:  (479) 444-6647
E-Mail: bcate@qgtlaw.com
E-Mail: mcasuey@qgtlaw.com
E-Mail: vchadick@qgtlaw.com